INSIDE LANE

Menu

# Freedom of Inquiry and Expression

| | |
|---|---|
| **Type** | Policy |
| **Category** | Institutional Integrity |
| **Governance Council** | College Council |
| **Contact** | Shelley Tinkham |
| **Email** | TinkhamS@lanecc.edu |
| **Responsible Executive Authority** | Vice President of Academic Affairs |
| **Date Adopted** | Tuesday, August 1, 2000 |
| **Date Last Reviewed** | Monday, September 1, 2003 |

## Purpose

Lane Community College serves college learners by providing programs of learning that enable students to pursue and achieve their educational and vocational goals. Free inquiry and expression are indispensable to the pursuit of these objectives. This policy describes the specific actions which are supported in the interests of academic freedom.

## Narrative

Lane Community College serves college learners by providing programs of learning that enable students to pursue and achieve their educational and vocational goals. Free inquiry and expression are indispensable to the pursuit of these objectives. The transmission of knowledge, the search for truth and the development of the student depends upon appropriate opportunities and conditions in the classroom, on the campus and in the community. In order for the college to provide conditions that are conducive to the effective performance of its purpose, it acknowledges a commitment to those purposes and to the principles of democratic freedom f[illegible] ers.

EN

Discussion and expression of all views within the college shall be limited only by civil and criminal law.

In the classroom, the instructor has the responsibility of maintaining an environment conducive to the learning of the subject, but this authority must not be used to suppress the expression of views contrary to those of the instructor. It is the responsibility of the student to support the instructor's efforts to assure freedom of expression and to maintain order.

1. Students are responsible for learning the content of any course for which they are enrolled. Instructors shall provide for the student every available opportunity for the accomplishment of this goal.
2. Requirements of participation in classroom discussion and submission of written exercises are consistent with this section.

Members of the campus community shall have the right to freely and peaceably assemble and demonstrate in accordance with the exercise of constitutional rights, so long as such activity does not impede the rights and freedom of others.

Lane Community College employees and students shall have the right to be interviewed on campus by any lawful organization desiring to recruit at the college. Lane employees and students may protest against any such organization provided that protest does not interfere with any other individual's right to have such an interview, and does not interfere with the privilege of the recruiting personnel to hold the interview.

Lane employees and students may invite any person(s) of their choosing to the college.

## COPPS

— Alphabetical Listing

— Category Listing

— Board Policies

— Search COPPS

EN

Accessibility Nondiscrimination Statement Web Privacy Consumer Information

Employment Copyright Compliance Report a complaint or concern

Banner Directory Email

I need help with... Moodle

myLane Map

Lane Community College

AA/EEO/Veterans/Disabilities Employer
LCC is a weapons-free campus
© 2025 Lane Community College

EN