Get advising or registration assistance for fall as a new or continuing student. No appointment necessary!

Learn more

# Public Participation at Board of Education Meetings



**Policy Number:** BP 2345
**Policy Category:** Chapter 2 - Board of Education
**Adopted:** May 19, 2021
**Last Revised:** May 7, 2025
**Last Reviewed:** May 7, 2025

The Lane Community College Board of Education welcomes public comment in all forms, and strives to create and promote a welcoming and accessible environment for public comment and feedback regarding agenda items and other issues of concern.

There will be a time at each regularly scheduled Board of Education meeting for the general public to address the Board of Education on items on the agenda or on other matters of interest to the public.

Members of the public may address the Board of Education either through written communications or by speaking during a Board of Education meeting.

Persons wishing to speak shall do so at the time designated at the meeting for public comment. At the discretion of a majority of the Board of Education the time allotment for public comment at any one board meeting may be increased or decreased. LCC students will be prioritized to speak first. Speakers will generally be allotted 3 minutes to provide their testimony. If twenty (20) or more individuals sign up to speak, the time allotted for each speaker shall be limited to two (2) minutes, unless a majority of the Board of Education votes to authorize a different time limit. Written communications submitted to the Board of Education will be included in the board packet if they are received at least twenty four (24) hours prior to the board meeting.

Other expectations or guidelines for public comment to the Board of Education may be articulated in the board's operating procedures.

Claims for damages are not considered communications to the Board of Education under this policy, but shall be submitted to Lane Community College.

*Board Policies are adopted by the Lane Community College **Board of Education** and establish the College's governing principles and institutional direction. These policies are reviewed by the Board at least every five years or more often as needed. Board Policies are distinct from **College Operating Policies and Procedures** (COPPS), which provide operational guidance and are developed through governance processes and by responsible managers.*

Student success starts here.

Get Info Visit Us Apply

EN

Lane Community College

4000 East 30th Ave.
Eugene, Oregon 97405

541-463-3000
Contact Us

Take a Virtual Tour Campus Map

AA/EEO/Veterans/Disabilities Employer
Lane Community College is accredited by the Northwest Commission on Colleges and Universities

**Accessibility | Nondiscrimination Statement | Web Privacy (Updated 7/28/26) | Consumer Information | Employment | Athletics | Copyright Compliance | Report a complaint or concern**

**Resources for Current Students**:

Moodle myLane

LCC is a weapons-free campus
© 2026 Lane Community College
Site Design by iFactory

EN



**Exhibit 2
Page 2 of 2**