# Student Rights and Responsibilities

## Table of Contents


1. Preamble
2. Freedom of Access to Higher Education
   a. Financial Aid
   b. Admissions
   c. Financial Responsibility
3. Evaluation Criteria
   a. Academic
   b. Protection of Freedom of Expression
   c. Protection Against Improper Academic Evaluation
   d. Protection Against Improper Disclosure
   e. Utilization of the Center for Accessibility Resources
   f. Academic Dishonesty
   g. Standards of Academic Progress
   h. Complaint Procedure
4. Student Records
5. Student Affairs
   a. Freedom of Association
   b. Freedom of Inquiry and Expression
   c. Use of Facilities
   d. Student Participation in College Policies
   e. Student Publications
   f. Distribution of Literature
   g. Visiting Speakers
   h. Grievance Procedures for Alleged Discrimination or Harassment

EN

Program Students

# Preamble

Lane Community College exists for the transmission of knowledge, the pursuit of truth, the development of students, and to contribute to the community which it serves. Free inquiry and expression are vital to the attainment of these goals. As members of the academic community, students are encouraged to develop the skills for critical judgment and a life-long search for truth. The minimum standards of academic freedom and conduct are outlined in the Student Code of Conduct. The privilege to teach and to learn are inseparable facets of academic freedom. Students and staff should exercise this freedom with responsibility.

Lane resolves to provide an atmosphere conducive to learning where faculty instruction and student learning occur without external pressure, interference or disturbance. The college vision statement: "Lane provides quality learning experiences in a caring community," embodies the belief that staff and students are expected to conduct themselves in a manner which acknowledges and values a wide range of opinions, beliefs and perspectives.

The purpose of this document is to outline the essential provisions for academic freedom and to guide students in becoming responsible participants in the college community.

# Freedom of Access to Higher Education

Lane Community College is open to all persons who are qualified according to its admission and good standing requirements. Anyone age 18 or older may enroll. No high school diploma is necessary. Individuals younger than 18 may attend if they obtain approval from their high school principal or if they have already received their high school diploma. Community education classes generally are open to anyone 16 or older.

Under no circumstances will an applicant be denied admission to the college because of age; sex; race; color; religion; physical or mental disability; national origin; marital status; sexual orientation; pregnancy; veteran's status; familial relationship; expunged juvenile record; association with anyone of a particular race, color, sex, national origin; nor will preference for admission be based on economic status.

## Financial Aid

Although the primary responsibility for meeting college costs rests with students and their families, Lane recognizes that many individuals cannot assume the full financial burden of the costs of a college education. For this reason financial aid is available to bridge the gap between t[illegible]ation and the available student/family resources.Students must complete a

EN

Free Application for Federal Student Aid and meet a variety of federal and state eligibility criteria. For more information, contact the Financial Aid Office (541) 463-3100.

*The financial aid application process is time-consuming. To receive the maximum amount of aid, it is important to accurately complete all the necessary forms in a timely manner. Financial aid application forms are available in January for the following school year. Applications are available from the Financial Aid Office, the Downtown Center, Lane Community College at Florence and Cottage Grove, and all high schools.*

## Admissions

The college will be open within budgetary limitations to all applicants who are qualified according to its admission requirements. Students who enroll for high school or alternative school credit must comply with the Oregon Revised Statutes 339.010 (Compulsory School Attendance Law). While previous academic status at other institutions will not constitute criteria for denial of admission, not every program is open to every student. Priority to enter classes of limited enrollment will be given to indistrict students who have finished high school and/or are at least 18 years of age. However, the college will assist each student to develop a program of study which meets his or her individual needs and is consistent with feasible college operation. The college is committed to equality of opportunity, affirmation action and nondiscrimination in admissions. No applicant shall be denied admission to the college because of protected class status.

## Financial Responsibility

It is the student's responsibility to pay monies owed the college in a timely manner. The college's policies regarding payment of tuition and fees are described in the term schedule as well as the college catalog.

# Evaluation Criteria

## Academic

Lane Community College instructors will encourage free discussion, inquiry and expression where relevant and appropriate to the educational objectives of the course. *It is the instructor's responsibility to publish educational objectives and to make available to each class the criteria to be used in evaluating student success in that class. It is the responsibility of the students to become aware of these objectives and criteria as published and set forth by the college.* Student opinions and behavior outside of class will not be the basis for determining class grades unless such evaluation is specifically related to course requirements.

EN

## Protection of Freedom of Expression

Students are responsible for learning the substance of any course of study for which they are enrolled. However, students are free to state any reasoned exception to data or views offered in any course of study and to reserve judgment about matters of opinion. See also Freedom of Inquiry and Expression.

## Protection Against Improper Academic Evaluation

Students have protection through orderly procedures against unfair academic evaluation. Students' grades will be based solely on academic achievement, unless otherwise specified by the professor in writing at the first class meeting. Complaints about class requirements and grades must first go through the instructor and the division/department chair. Students may appeal grades received by following the process described in Grade, Academic and Degree Appeals.

## Protection Against Improper Disclosure

Information that staff acquire in the course of their work as instructors, advisors and counselors about student views, beliefs and political associations should be considered confidential. Protection of the student against improper disclosure is a staff obligation.

## Utilization of the Center for Accessibility Resources

The Center for Accessibility Resources (CAR) is committed to providing opportunities to all students with disabilities in order for them to have meaningful access to college programs and services in a barrier-free environment. Lane's Center for Accessibility Resources offers academic accommodations for the removal of barriers to learning environment, and provides: test and in-class accommodations, resource/referral information, alternate formatting of required materials and adaptive equipment/furniture. These services are available to students with disabilities who are attending credit courses, Adult High School, Adult Basic Education, and Continuing Education classes on any of the Lane campuses. Students must request services by following the procedures described on the Center for Accessibility Resource's website.

## Academic Dishonesty

Students are expected to conduct their academic affairs in a forthright and honest manner. In the event that students are suspected of classroom cheating, plagiarism or otherwise r[illegible] their work, they will be subject to due process as outlined in the Student Code of Conduct.

## Standards of Academic Progress

Lane has established standards for academic progress that are applicable to all students. Failure to maintain satisfactory academic progress will result in loss of financial aid and warning, probation, suspension, or dismissal from the college.

## Complaint Procedure

See Student Complaint Procedure.

# Student Records

Lane Community College will abide by federal and state regulations regarding the privacy of student records and comply with the law regarding access procedures. The condition of access to records is set forth in explicit statements. Transcripts of academic records contain only information about academic status. Information from disciplinary or counseling files will not be available to unauthorized persons on campus or any person off campus without the express written consent of the student involved, except under legal compulsion or in cases where the safety of persons or property is involved. Administrative staff and faculty members will respect confidential information about students that they acquire in the course of their work.

With regard to official documents and student records, information acquired by Lane employees about a student's views, beliefs and political associations is confidential and is not to be disclosed unless required by state or federal law. All student records will be maintained in strict compliance with state and federal regulations and Lane personnel procedures defining privacy and confidentiality.

# Student Affairs

The college has the responsibility and obligation to establish certain standards in order to preserve the freedom of students.

## Freedom of Association

Students will be free to organize and join associations to promote their common interests as long as they do not disrupt the college or violate its rules and regulations.

1. Procedures for recognition of student organizations - Students who would like to start a new organization, or join an existing organization should contact the Associated Students of Lane Community College (ASLCC) offices for information. The process is simple and, once ps receive official recognition from ASLCC, they are eligible to reserve space

EN

on campus, conduct activities and co-sponsor events. See also Student Organizations Guidelines.

2. Advisors - All student organizations must have a staff advisor. Upon approval of the director of Student Life and Leadership Development, any Lane staff member is eligible to serve as advisor for student organizations.
3. Non-discrimination policies - Student organizations must abide by existing college and ASLCC policies and may not restrict membership or participation in events.
4. A recognized club or organization may lose its official recognition and be suspended if actions of its officers or members, or activities of the organization as a whole, violate college policies and procedures.

## Freedom of Inquiry and Expression

Students and student organizations will be free to examine and discuss all items of interest and to express opinions publicly and privately. Students will always be free to support causes by orderly means, in ways that do not disrupt the operation of the institution or violate college policies and procedures.

## Use of Facilities

The facilities and services of the college will be open to all of its enrolled students, provided the facilities and services are used in a manner appropriate to the academic community and in compliance with college procedures. Student Life and Leadership Development reserves table space and assists student organizations in scheduling space with the college. See also Facilities: Use in General.

## Student Participation in College Policies

Students are free to express their views, individually and collectively, on issues of institutional policy and on matters of general interest to the student body. Student representatives are welcome on college committees and councils, and the ASLCC president represents student interests to the board.

## Student Publications

The student press is to be free of censorship and advance approval of copy. The editors and managers shall not be arbitrarily suspended, suppressed or intimidated because of student, student government, employee, alumni, or community disapproval of editorial policy or content. Similar freedom is assured for oral statements of views on college-controlled and/or student-operated radio or television stations and student-produced programs. This editorial freedom e... y obligation under the canons of responsible journalism and applicable r... e Federal Communications Commission.

EN

Responsibility for the content of publications and for compliance with established policies rests with the student editors and their staffs. Editors and their staffs are guided by the professional standards of the Oregon Code of Journalistic Ethics, and by state and federal laws. Advisors are not responsible for the content of student publications.

# Distribution of Literature

First Amendment freedom of the press is applicable to the campus of Lane Community College. Students and the distribution of off-campus publications are protected on the main campus and outreach centers. Distribution may be restricted only if it can be shown that such activity would cause a disturbance or disruption of normal college activities. Materials to be posted require authorization for such distribution from the director of Student Life and Leadership Development. Once authorized, the distribution will take place in the prescribed locations on campus, should not disrupt the normal operation of the institution and should not cause a litter problem on the campus.

In case a student, employee or organization is denied the right to distribute materials on campus, the decision is subject to appeal. All appeals or complaints are subject to the student complaint procedure.

The college reserves the right to designate specific areas for the distribution of printed materials. A listing of these areas is maintained by the director of Student Life and Leadership Development on the main campus and by the designated building administrator at each of the following outreach centers: Downtown Center, LCC at Florence and LCC at Cottage Grove. See also Distribution of Literature.

# Visiting Speakers

The college has the responsibility to develop informed, critical and objective thinking; and such thinking can best be encouraged in an atmosphere assuring a free interchange of ideas. Therefore, Lane students may invite to the campus and hear any person(s) of their choosing in compliance with administrative regulations governing scheduling, publicity, and management of campus activities. The education of students is not limited to classroom activities. Students have the right to hear a variety of outside speakers. Student Life and Leadership Development and ASLCC are the primary program sources for outside speakers. Individual students or student organizations may request that ASLCC sponsor speakers or may contact Student Life and Leadership Development about other possibilities. All outside speakers must be scheduled through Student Life and Leadership Development to ensure that there is proper scheduling of facilities and other preparations for the event and that the event is conducted in an orderly manner appropriate to the academic community. Institutional control of campus facilities will [illegible]nsor activities. Sponsorship of guest speakers may be withheld if there are reasonable concerns that the controversial nature of the speaker or content of the speech

would lead to disruptions on campus. It is the responsibility of the students sponsoring the event to make it clear to the campus community and the local community that all views expressed are not necessarily those of the students, staff or administration of Lane Community College.

## Grievance Procedures for Alleged Discrimination or Harassment

Students who feel they have been discriminated against or treated in some unfair manner have access to formal and informal grievance procedures. See specific procedures outlined in:

- Student Complaint Procedure
- Grade, Academic and Degree Appeals
- Discrimination and Harassment Complaint Procedure
- Disabilities: Americans With Disabilities Act Complaint Procedures
- Affirmative Action Guidelines and Complaint Procedures

# Discipline

The Student Code of Conduct applies to anyone accepted for college admission, registered for one or more classes and/or enrolled in any special program approved by Lane Community College. Students are required to provide identification such as a photo identification card, current registration receipt or class schedule on demand to campus security personnel, faculty or administrators.

Students deserve fair and equal treatment, so instructors and administrators must employ discretion when initiating disciplinary actions and procedures. Action is warranted for protection of individuals, property and a positive learning climate.

Faculty members may dismiss a student from a class for the day for in-class behavior they judge to be disruptive or inappropriate. Such actions include, but are not limited to: racial, sexual or religious slurs; verbal or physical interruption; offensive language; chewing tobacco or spitting; smoking; and littering or creating unsanitary conditions.

If a student is dismissed for inappropriate behavior, faculty must submit a written report to their division/department chair and to the vice president Academic and Student Affairs detailing the student's name, date and time of class and the improper behavior.

Students may be dismissed only for the day of the misbehavior, but may be dismissed from subsequent classes for a new or repeated behavioral offense. Dismissal as a result of faculty a [illegible] toward the maximum number of absences allowed in the class.

EN

Public Safety may be called to assist in any disciplinary situation. The assisting security officer must file a report with the vice president Academic and Student Affairs on all disciplinary situations.

Instructors, administrators and classified staff are authorized to employ physical restraint when immediate restraint will prevent injury to the student or others. Physical restraint is not considered a form of physical discipline. The instructor, administrator or classified staff should send a reliable person to the nearest telephone to request emergency assistance from Public Safety.

# Off-Campus Program Students

Students enrolled at Lane Community College satellite campuses (Cottage Grove, Florence, Downtown Center, Community Learning Centers, and outreach sites) will enjoy the same rights and responsibilities as the students at the main campus and must comply with the Student Code of Conduct and any additional rules for conduct which are specific to the site.

## COPPS

— Alphabetical Listing

— Category Listing

— Board Policies

— Search COPPS

Accessibility Nondiscrimination Statement Web Privacy Consumer Information

Employment Copyright Compliance Report a complaint or concern

Banner Directory Email

...ith... Moodle

EN

myLane Map

---

Lane Community College

AA/EEO/Veterans/Disabilities Employer
LCC is a weapons-free campus
© 2025 Lane Community College

EN