Lane Community College

# Student Code of Conduct

## Lane Community College

**Revision effective January 4, 2016**

Academic and Student Affairs

**"I have an Issue" Quick Reference Guide ........ 3**
**Comment Procedure Steps (See each procedure for specific steps) ........ 3**
**Preface ........ 4**
**Section I: Introduction and Philosophy ........ 4**
**Section II: Jurisdiction ........ 5**
**College Jurisdiction ........ 5**
**Conduct Authority ........ 7**
**Section III: Violations of Law ........ 7**
**Section IV: Student Conduct Terms ........ 8**
**Section V: The Standards of Behavior ........ 11**
**A. Core Values and Behavioral Expectations ........ 11**
**Section VI: The Conduct Process ........ 16**
**Chart 1: Conduct Process Overview ........ 17**
**Step 1: Inquiry & Notification ........ 18**
Amnesty: ........ 18
Interim Actions ........ 19
**Step 2: Educational Conduct Conference ........ 20**
**Step 3: Findings and Outcomes ........ 22**
Chart 2: Possible Options for Findings ........ 24
Chart 3: Descriptions of Learning and Behavioral Outcomes ........ 25
**Chart 4: Possible Sanctions** ........ 26
**Step 4: Appeals ........ 28**
**Section VII: Interpretation and Revision ........ 32**
**Section VIII: Student Resources ........ 33**

## "I HAVE AN ISSUE" QUICK REFERENCE GUIDE

| My issue | What Procedure | How do I report |
|---|---|---|
| **I have a concern about another student and want to tell someone** | None – you are just concerned | Person of Concern Form |
| **I have a complaint about a staff or faculty member** | Student Complaint Procedure | Person of Concern Form |
| **I or someone I know is the recipient of unwelcomed sexual behavior** | Student Gender Based Sexual Misconduct Procedure | Title IX Coordinator, Terrie Minner MinnerT@lanecc.edu 541-463-3010 |
| **I think another student violated the Code of Conduct** | The Student Code of Conduct | |

Emergencies (someone is in imminent harm) on campus should be reported to Public Safety at 541-463-5555 or off campus to 911.

## COMMENT PROCEDURE STEPS (SEE EACH PROCEDURE FOR SPECIFIC STEPS)

1. An incident occurs and reported
2. An investigation is conducted
3. An outcome is determined
4. Consequnces or sanctions are applied
5. Appeal option
6. Final Outcome determined

3. **Collusion**. Action or inaction with another or others to violate the *Student Code of Conduct*;
4. **Trust.** Violations of positions of trust within the community;
5. **Election Tampering**. Tampering with the election of any College-recognized student organization;
6. **Taking of Property**. Intentional and unauthorized taking of College property or the personal property of another, including goods, services, and other valuables;
7. **Stolen Property**. Knowingly taking or maintaining possession of stolen property.

***Community: Lane Community College students build and enhance their community. Behavior that violates this value includes, but is not limited to:***

1. **Disruptive Behavior**. Substantial disruption of College operations including obstruction of teaching, research, administration, other College activities, and/or other authorized non-College activities which occur on campus;
   a. Note: In order to preserve the academic integrity of classroom environments, and/or College functions, interim actions may be imposed on individuals engaging in disruptive and/or unsafe behavior. At the discretion of an employee, students may be removed from a class, room, or space for one day or session prior to a conduct conference.
   b. With permission of the employee, the student may return to the class, room, or space after the one day or session. The employee may also file an incident report.
   c. If the employee believes the student's behavior warrants longer removal from the class, room or space, the employee must file an incident report documenting the alleged violation of the *Student Code of Conduct* and justification for longer removal. Students will be notified of the date, time, and location of the conduct conference, and the student cannot return to the room or space until notice from the Executive Dean of Student Affairs or the Conduct Resolution Administrator.

**Online/Electronic Invitations**

Students sending mass electronic or online invitations to the campus area that result in large scale gatherings and that create a community disturbance can be held responsible for violation of the code of conduct.

2. **Physical Abuse**. Physical abuse of any kind is not permitted and includes, but is not limited to, fighting, wrestling, pushing, hitting, grabbing, cutting, and/or slapping another person, regardless of intent.
3. **Rioting**. Causing, inciting or participating in any disturbance that presents a clear and present danger to self or others, causes physical harm to others, or damage and/or destruction of property;
4. **Unauthorized Access**.
   a. to any College building (i.e. keys, cards, etc.) or unauthorized possession, duplication or use of means of access to any College building or failing to timely report a lost College identification card or key; Misuse of access privileges to College Premises or unauthorized entry to or use of buildings, including trespassing, propping or unauthorized use of alarmed doors for entry into or exit from a College building;
   b. to any college system, social media or other normally restricted technology.
5. **Trademark**. Unauthorized use (including misuse) of College or organizational names and