# Trespass Notice

| | |
|---|---|
| **Type** | Procedure |
| **Category** | Health and Safety |
| **Department** | Public Safety |
| **Phone** | (541) 463-5558 |
| **Contact** | Lisa Rupp |
| **Email** | ruppl@lanecc.edu |
| **Responsible Executive Authority** | Vice President, Finance & Administration |
| **Date Adopted** | Thursday, May 1, 2003 |
| **Date Last Reviewed** | Wednesday, April 19, 2017 |

## Purpose

This procedure describes the circumstances under which a trespass warning may be issued, the procedure that will be followed, and the rights of those issued a trespass warning. Lane Community College is required to make adequate provisions for the safety and security of students and staff.

## Narrative

Lane Community College is permitted by Oregon Revised Statutes 341.290 to control the use of, and access to college grounds, buildings, equipment, and other college property. Persons may be removed or excluded from the college for violation of college policy, Oregon law, or federal law.

Persons, who receive a Trespass Notice from a Public Safety officer or other officer of the college must not enter or return to college property at any campus or location unless given specific permission to do so. Such permission may be requested from the Chief Public Safety Offi[illegible] at (541) 463-5558.

EN

In the event that a student is issued a Trespass Notice, the Chief Public Safety Officer and the Vice President, Academic and Student Affairs (or their designees), will be notified.

Trespass Notices may be issued under two conditions:

1) When an individual has a relationship with the college (student or employee) and the individual’s behavior is disruptive to campus operations or poses a risk to the campus, a Public Safety Officer may require the individual to leave for the day (Temporary Trespass Notice). In this case the person (student or employee) will be referred to the appropriate administrative process for follow up when they return to the campus.

Such temporary notices may be extended until arrangements for due process are established, when the safety of campus members is at risk.

2) Permanent Trespass Notices are issued for violations of college policy, the Student Code of Conduct, or Oregon or federal law for actions which pose a threat to the campus community, or which create a disruption of the college learning environment and/or college activities. Permanent Trespass Notices are typically, but not always, issued to persons who are not affiliated with the college.

Persons who violate the Trespass Notice will be subject to arrest and prosecution for criminal trespass as provided by Oregon Revised Statutes 164.245.

Campus members are notified in a specific and individual case-by-case manner about trespassed persons. Notification is given when the safety of others is obviously compromised by the potential presence or return to campus of an individual. Notifications may be generated by Public Safety or by the Threat Assessment Team, or by other college officers or representatives in collaboration with Public Safety, in incidents where a concern for campus safety is identified.

# Definitions

Trespass - Unauthorized entry on land

# Related Policies, Procedures, and References

Lane Community College Student Rights and Conduct

Oregon Revised Statutes 341.290

EN Statutes 164.245



**Exhibit 5**
**Page 2 of 4**

## COPPS

- Alphabetical Listing
- Category Listing
- Board Policies
- Search COPPS

Accessibility Nondiscrimination Statement Web Privacy Consumer Information

Employment Copyright Compliance Report a complaint or concern

Banner Directory Email

I need help with... Moodle

myLane Map

EN

Lane Community College

AA/EEO/Veterans/Disabilities Employer

LCC is a weapons-free campus

© 2025 Lane Community College

EN