# Academic Catalog

## Consequences of Not Paying

If you fail to pay your account, the college may take any or all of the following actions:

- Require immediate payment in full
- Drop advance registration for a future term
- Block enrollment for any future terms
- Decline to provide official transcripts
- Turn accounts over to a collection agency for non-payment after four months*
- Oregon State Tax Return offset

*Students will be mailed a final notice for accounts that are overdue before the college assigns them to a collection agency that reports them to a credit bureau. The collection agency will add additional collection fees, court and attorney costs to account.

**Past-due accounts assigned to a collection agency after four months (120 days) -** Accounts will be turned over to a collection agency for non-payment after four months (120 days). Students will be mailed a final demand "pink" billing statement for past-due accounts before the college assigns them to a collection agency. The collection agency will add their own fees and has the right to report past-due accounts to a credit bureau. Failure to maintain a correct address on file in your account will result in your account going to a collection agency if unpaid.

**Past-due accounts must be paid to the assigned collection agency -** Students are not able to make payments to Lane for past-due accounts that have been assigned to a collection agency. Students wanting to pay off outstanding debts owed to Lane cannot pay at Lane and must contact the collection agency listed with the hold message to make payment arrangements.

Students who have paid their accounts in full with the collection agency will not be able to register or have a transcript released until Lane receives the funds from the collection agency and the Lane account balance has been completely cleared. Payments from collection agencies can take eight weeks to reach Lane. No exceptions will be made to allow a student to register or receive an unofficial or official transcript until the account shows paid in full.