Lane Community College

**Richard Riordan <riordanr@my.lanecc.edu>**

# Pull President Bulger's contract for discussion at the February 4th Board meeting

2 messages

**Richard Riordan** <riordanr@my.lanecc.edu> Sun, Feb 1, 2026 at 12:11 PM
To: boecomment@lanecc.edu, folnagya@lanecc.edu, rustj@lanecc.edu, mulhollandz@lanecc.edu, Weismannj@lanecc.edu, alltuckerk@lanecc.edu, maldonadoj@lanecc.edu, mitals@lanecc.edu, president@my.lanecc.edu

Dear Board Members:

As a student at Lane Community College, I have for some time been following the actions and rhetoric along with the meetings of the board. As a student at LCC I would strongly advise you pull contract for discussion. President Bulger's contract must be reviewed for the following reasons:

-It is, in any fundamental economic literacy, difficult to reconcile on what appears to be a notable discrepancy between the stated emphasis on fiscal responsibility and the actual financial consequences of the recent cancellation of over one hundred class sections, which has resulted in an estimated net revenue loss approaching $1,000,000.

- In a recent statement in the Eugene Weekly, President Bulger emphasized strengthening student success through the removal of barriers and the modernization of systems; however, recent reductions in student services suggest outcomes that may not be fully if at all consistent with those stated objectives.

- In the same statement in the Eugene Weekly, President Bulger emphasized the importance of data-informed decision-making and clear communication; however, the frequent revision of financial statements and the absence of detailed information regarding proposed cuts have made it difficult to assess those decisions.

For these reasons, as a student I would strongly recommend pulling President Bulger's contract for discussion at the board meeting for careful review without automatic approval for renewal.

-Richard K. Riordan, LCC Student

---

**Richard Riordan** <riordanr@my.lanecc.edu> Sun, Feb 1, 2026 at 12:11 PM
To: rick-riordan@outlook.com

[Quoted text hidden]



**Exhibit 7**
**Page 1 of 1**