57°
1
LIVE

ADVERTISEMENT

# College clarifies changes to LCC programs

by News Staff
Tue, March 17, 2026 at 3:53 PM
**Updated** Wed, March 18, 2026 at 2:52 PM




*Lane Community College (SBG)*

57° LIVE 1

Comment Share

**TOPICS:** LANE COMMUNITY COLLEGE LAYOFFS UNION PROGRAM CUTS HEALTH INFORMATION MANAGEMENT CRI

EUGENE, Ore. — Lane Community College says it is contemplating some changes to two programs and several departments. Specifically, the college says it plans to suspend the Health Information Management and Criminal Justice programs. Additional cuts will impact the Health and PE department, the Multi-Cultural Center, the Gender Equality Center, the library, tutoring services, and the adult basic and secondary education department.

The Lane Community College Education Association, the union representing full and part-time faculty, says it received notice of the proposed changes via email on March 10th. That notice, which was obtained by our newsroom, is a requirement of the contract between the college and the union. In it, the college uses the word "retrenchment," which is defined as a reduction.

The union, which represents faculty at the college, says the proposed cuts could result in as many as 22 full time and several part time instructors possibly losing their jobs.

ADVERTISEMENT

Jenna McCulley, Senior Advisor for Strategic Communications at LCC, says only one position would be cut, and that position is currently vacant. She also says the other position changes are

57°
1
LIVE

READ THE COMMENTS (3)

In a statement to our newsroom, McCulley says there are processes and notifications outlined in the contract between the union and LCC whenever staff would be affected by changes. Those notifications can be triggered any time a change is proposed, including reassigning staff members. She also says notifications do not automatically mean program cuts or layoffs.

SPONSORED CONTENT by Taboola

As Tough As The Conference
YETI | SPONSORED
Shop Now

Spinal Stenosis Is Not From Tight Muscles. Meet The Real Enemy of Stenosis (Stop Doing This)
RejuvaCare | SPONSORED

The New Estancia Collection
YETI | SPONSORED
Shop Now

MORE TO EXPLORE

Dolly Parton's cause of death revealed: team confirms 'brief battle with cancer'

Why you should avoid getting cash from a credit card at the ATM

Senator Ossoff puts the spotlight on Trump aide, Natalie Harp

57° 1 LIVE

57° 1
LIVE

AdChoices Sponsored

## Conversation 3 Comments

Your voice matters. Discussions are moderated for civility. See our guidelines.

57° LIVE 1

Sort by **Best**

**tamim135**
17 March, 2026

Sadly since education turned into indoctrination, I'd just as soon see layoffs as spend one more dime on education!!

Reply · 8 7 · Share

**Bsquared**
18 March, 2026

"Gender Inequality Center" ?? My tax $, not well-spent. Hate to tell the unions, but they always make a contribution to staff cuts: demanding benefit packages that are Too Extravagant......more expensive than all of us private-sector employees get!!

Reply · 3 4 · Share

**ThreatToDemocracy**
18 March, 2026

So?

Reply · 2 3 · Share

Powered by OpenWeb

Terms | Privacy | Feedback

ADVERTISEMENT

57° 1 LIVE

## TRENDING



South Eugene cancels 2026 Varsity football season



Eugene police raid leads to seizure of guns, drugs



Oregon town ( and library an

57° 1 LIVE

ACCESSIBILITY

Download Our Mobile Apps:

Download on the App Store

GET IT ON Google Play

Terms & Conditions
Copyright Notices
EEO Public File Report
FCC Info
FCC Applications
Public File Assistance
Contact
News Team
Careers
Contests

News
Weather

57°
1
LIVE

Privacy Policy
Cookie Policy
Do Not Sell or Share
Cookie Preferences

© 2026 Sinclair, Inc.