Lane Community College

**Richard Riordan <riordanr@my.lanecc.edu>**

# Your Misleading HIM Graduation Statement

6 messages

**Richard Riordan** <riordanr@my.lanecc.edu> Fri, Apr 17, 2026 at 3:23 PM
To: TinkhamS@lanecc.edu

Hello Dr. Tinkham:

During the last board meeting, you repeatedly stated that only three students graduated from the HIM program in the Academic Year 2024–2025.
That statement was, and is by no means an exaggeration, false.
Because what you forgot to mention was:

4 AAS graduates
3 one-year Medical Coding certificate graduates
1 HIM certificate graduate

The figure of three appears to come from a single spring term, not the full academic year. Yet you presented it in a public forum as the total for the entire year.

So I'll ask plainly: why did you present a single-term number as the annual total?

Was this incompetence, or was it by design?

Either way, the effect of cherry picking data like this is consistent with what one would do if they had the intention of deceiving the public, also known as, lying.

Do you intend to correct the record?

Sincerely
-Richard Kamuela Riordan

---

**Richard Riordan** <riordanr@my.lanecc.edu> Sat, Apr 18, 2026 at 8:31 PM
To: freij@lanecc.edu, matthewsg@lanecc.edu, turnerms@lanecc.edu, flathk@lanecc.edu, weismannj@lanecc.edu, folnagya@lanecc.edu, rustj@lanecc.edu, mulhollandz@lanecc.edu, mitals@lanecc.edu, maldonadoj@lanecc.edu, alltuckerk@lanecc.edu, boecomment@lanecc.edu, rowlettb@lanecc.edu, bulgers@lanecc.edu

[Quoted text hidden]

---

**Richard Riordan** <riordanr@my.lanecc.edu> Sat, Apr 18, 2026 at 8:32 PM
To: president@my.lanecc.edu

[Quoted text hidden]

---

**Shelley Tinkham** <tinkhams@lanecc.edu> Tue, Apr 21, 2026 at 2:15 PM
To: Richard Riordan <riordanr@my.lanecc.edu>

Good afternoon, Richard,

Thank you for raising your concerns.

The information I shared at the Board meeting on March 31, 2026 was in response to the Board's questions about enrollment in the AAS in Health Information Management, and my remarks were intended to reflect that specific context. The College's Institutional Research office reports that three students completed the AAS in Health Information

Management during the 2024–2025 academic year. That figure reflects degree completions for the AAS specifically and is accurate.

As with all academic reporting, completions are counted within the academic year in which requirements are fully met and recorded. I reported data for the entire academic year. Any student who would have completed after June 2025 will be reflected in the subsequent reporting cycle.

Again, my comments about degree completers at the last Board meeting on March 31 were intentionally focused on the AAS degree rather than certificates, as the discussion at that time centered on the degree program itself. The one-year certificate has been approved as part of the AAS and it is designed to provide a student with an award along the way of receiving the AAS degree. I recognize that additional completions occurred at the certificate level. These data, along with updated materials, have been made publicly available on the Board's website and you can review it HERE.

I want to be clear that the information presented at the Board meeting on March 31 was accurate and aligned with the scope of the discussion.

I take the integrity of my role seriously. I remain fully committed to providing information that is both accurate and appropriately contextualized, and I am always willing to clarify or expand on that information when it is helpful to do so.

I hope this additional information is helpful.

Sincerely,

Shelley Tinkham

[Quoted text hidden]

--

**Shelley Tinkham, Ph.D.**
Vice President of Academic Affairs
Pronouns: she, her, hers
Bldg. 3, 2nd Floor
4000 East 30th Avenue
Eugene, OR 97405-0640
tinkhams@lanecc.edu
O: 541.463.5302

Lane Community College - FIRE

---

**Richard Riordan** <riordanr@my.lanecc.edu> Wed, Apr 22, 2026 at 4:12 PM
To: Shelley Tinkham <tinkhams@lanecc.edu>

Thank you for responding in a timely manner:

You're right Dr. Tinkham, you were addressing something within a very specific context of 2025, not AY2024-2025 and not including certs. More specifically you stated on the 31st BOE meeting:

(directly from the transcript)

"And if I can walk you through the HMI completions

1:53:031 hour, 53 minutes, 3 seconds beginning in 2020, you'll see that there were six completions and then most recently in 2025 there was three. We did

1:53:101 hour, 53 minutes, 10 seconds not include the certificates um there because uh it's a it's a embedded C. So as the students complete

1:53:191 hour, 53 minutes, 19 seconds the program, they're awarded a certifi- certification in process. There was one um cert awarded last year in HIM"

In that context and by the parameters you established, that statement was not correct, actually. According to the publicly available redacted spreadsheet of HIM AAS graduates there

were in fact 6 graduates for the entire calendar year of 2025; 1 graduate in March of 2025, 3 graduates for June 2025, and 2 graduates of December 2025:

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Id | FirstName | MiddleName | LastName | EMAIL_ADDRESS | DegreeStat | GradDate | StudGradTerm | Term Awarded | Program_Desc |
| 3 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AP | 6/13/2026 | 202640 | 202640 | AAS: Health Info Management |
| 5 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AP | 6/13/2026 | 202640 | 202640 | AAS: Health Info Management |
| 7 | REDACTED | REDACTED | | REDACTED | REDACTED | AP | 6/13/2026 | 202640 | 202640 | AAS: Health Info Management |
| 9 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AP | 6/13/2026 | 202640 | 202640 | AAS: Health Info Management |
| 10 | REDACTED | REDACTED | | REDACTED | REDACTED | AW | 12/13/2025 | 202620 | 202630 | AAS: Health Info Management |
| 12 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 12/13/2025 | 202620 | 202630 | AAS: Health Info Management |
| 16 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/14/2025 | 202540 | 202610 | AAS: Health Info Management |
| 18 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/14/2025 | 202540 | 202540 | AAS: Health Info Management |
| 19 | REDACTED | REDACTED | | REDACTED | REDACTED | AW | 6/14/2025 | 202540 | 202540 | AAS: Health Info Management |
| 21 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 3/22/2025 | 202530 | 202530 | AAS: Health Info Management |
| 24 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/15/2024 | 202440 | 202440 | AAS: Health Info Management |
| 27 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/15/2024 | 202440 | 202440 | AAS: Health Info Management |
| 30 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/15/2024 | 202440 | 202440 | AAS: Health Info Management |
| 32 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/15/2024 | 202440 | 202440 | AAS: Health Info Management |
| 37 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/17/2023 | 202340 | 202340 | AAS: Health Info Management |
| 41 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/17/2023 | 202340 | 202410 | AAS: Health Info Management |
| 47 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 3/25/2023 | 202330 | 202330 | AAS: Health Info Management |
| 50 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 3/25/2023 | 202330 | 202330 | AAS: Health Info Management |
| 51 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 3/25/2023 | 202330 | 202330 | AAS: Health Info Management |
| 54 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 12/10/2022 | 202320 | 202330 | AAS: Health Info Management |
| 57 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/11/2022 | 202240 | 202240 | AAS: Health Info Management |
| 60 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/11/2022 | 202240 | 202240 | AAS: Health Info Management |
| 65 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/11/2022 | 202240 | 202240 | AAS: Health Info Management |
| 68 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/11/2022 | 202240 | 202240 | AAS: Health Info Management |
| 70 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/11/2022 | 202240 | 202240 | AAS: Health Info Management |
| 74 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | AW | 6/11/2022 | 202240 | 202240 | AAS: Health Info Management |
| 85 | REDACTED | REDACTED | | REDACTED | REDACTED | AW | 12/14/2019 | 202020 | 202310 | AAS: Health Info Management |

This presents a discrepancy between the stated emphasis of "... then most recently in 2025 there was three." and the actual amount of graduates (AAS) in "most recently in 2025."

I want to bring this to your attention because you stated that you take the integrity of your role very seriously. When students' academic and career paths are at stake, publicly presenting

incomplete, misleading, or inaccurate data is not a minor issue. Complete and accurate reporting is not merely a courtesy in the ordinary sense of course. It is an imperative.

-Sincerely,

Richard Kamuela Riordan

[Quoted text hidden]

---

**Richard Riordan** <riordanr@my.lanecc.edu> Wed, Apr 22, 2026 at 4:16 PM
To: Weismannj@lanecc.edu, rustj@lanecc.edu, mulhollandz@lanecc.edu, boecomment@lanecc.edu, alltuckerk@lanecc.edu, folnagya@lanecc.edu, mitals@lanecc.edu, maldonadoj@lanecc.edu, bulgers@lanecc.edu, rowlettb@lanecc.edu, turnerms@lanecc.edu, flathk@lanecc.edu, matthewsg@lanecc.edu

---------- Forwarded message ---------
From: **Richard Riordan** <riordanr@my.lanecc.edu>
[Quoted text hidden]
[Quoted text hidden]



**Exhibit 9**
**Page 3 of 3**