Lane Community College

**Richard Riordan <riordanr@my.lanecc.edu>**

## Letter to the Board of Education

**Richard Riordan** <riordanr@my.lanecc.edu> Mon, Apr 20, 2026 at 2:42 PM
To: rustj@lanecc.edu, Weismannj@lanecc.edu, alltuckerk@lanecc.edu, folnagya@lanecc.edu, maldonadoj@lanecc.edu, mulhollandz@lanecc.edu, mitals@lanecc.edu, boecomment@lanecc.edu, bulgers@lanecc.edu

Good Afternoon Board of Education and President Bulger:

There are a few statements from the March 31st meeting that stood out to me and deserve a response, if only for posterity’s sake.

I forget who specifically said it, but someone suggested that the Board of Education is not political. That notion could benefit from more engagement with reality.

The board is an elected body of people debating and voting on matters that affect a public institution—some might even call that governing.

If that is not political, then we are at a bit of an impasse, because it seems we have wildly different definitions of what politics is.

And let’s not forget: to sit on this board, you must be elected by the public.

All that aside, the actions of this board are political by definition. To deny that is like saying swimming does not make you wet.

In plain English, that sort of reasoning is nonsense.

Second.

I remember exactly who raised this next point.

The notion that the board is not supposed to vote on which programs stay or get cut is a flawed assertion. What stood out to me, however, was the vigor with which it was made—and the insistence that it be entered into the record.

So I have to ask: was that same concern for process raised during any number of controversies involving administration and the ways process has been undermined?

Or was that vitriol reserved for the moment people tried to stop the president from centralizing the power to cut programs?



**Exhibit 10**
**Page 1 of 2**

Because if it was the latter, then it was never really about process, was it Julie?

Let’s be honest for a moment. When someone claims to hold principles dearly, but those principles become optional in practice, outside observers may reasonably read that as bad faith.

I would prefer not to think that is the case.

But actions speak louder than words.

I also want to point out that centralizing the power—through whatever means—into one individual to decide what programs stay or go carries a serious risk.

The power to decide the futures of faculty and students should come through oversight—perhaps some kind of panel elected by the community, if only such a thing already existed.

To centralize that power is a tacit admission that the community’s opinion on a community college does not matter, and that the president’s opinion matters more.

The faculty do not believe that.

The students who are being betrayed do not believe that.

I do not believe that.

Do you?

Sincerely,

Richard K. Riordan