Lane Community College

Richard Riordan <riordanr@my.lanecc.edu>

# Curious what classes are available?

3 messages

**Academic Advisor LCC** <academicadvising@lanecc.edu> Mon, Apr 27, 2026 at 8:42 AM
To: Richard Riordan <riordanr@my.lanecc.edu>

Lane Community College

Hello Richard,

Want to take a fun elective? Knock out some pre-reqs? Dive into your area of study? You can plan your ideal course line up now that the class schedule is open!

And you can plan your schedule for the entire year! Fall, winter, *and* spring. Even summer. If you'd like to get ahead, you can use the Navigate360 Academic Planner to make a plan, schedule courses in advance, then (when registration opens for you) register with just one click!

Not sure what classes you need? Connect with an advisor virtually, or stop by Building 1, Room 103 during our office hours:

- Mon. 9:00 a.m. - 4 p.m.
- Tue. 9:00 a.m. - 4 p.m.
- Wed. 9:00 a.m. - 4 p.m.
- Thu. 10:00 a.m. - 4 p.m.
- Fri. 9:00 a.m. - 2 p.m.

Registration opens next week. Make sure to register early to get the classes you need!

Your Academic Advising Team
AcademicAdvising@lanecc.edu
541-463-3800
Building 1, Room 103
Go Titans!

Navigate360

---

**Richard Riordan** <riordanr@my.lanecc.edu> Mon, Apr 27, 2026 at 9:26 AM
To: Academic Advisor LCC <academicadvising@lanecc.edu>

Genuine question:

What is the point of academic advising when academic affairs will just arbitrarily decide what programs will be suspended with reasons invented out of whole cloth? If you can provide me with a real answer instead of a spin answer then maybe I can make a more informed determination as to whether or not academic advising is even worth considering given what recent events have led me to believe.

[Quoted text hidden]

---

**Richard Riordan** <riordanr@my.lanecc.edu> Tue, May 5, 2026 at 5:36 PM
To: Richard F Riordan <riordanrf@lanecc.edu>

[Quoted text hidden]