Lane Community College

**Richard Riordan <riordanr@my.lanecc.edu>**

# Your e-mail about the implimentation of the FY2027 budget mitigation plan

**Richard Riordan** <riordanr@my.lanecc.edu> Thu, Apr 30, 2026 at 1:07 PM
To: bulgers@lanecc.edu, president@my.lanecc.edu, lccea@lanecc.edu, lccef@lanecc.edu
Bcc: Richard F Riordan <riordanrf@lanecc.edu>, GrijalvaC@lanecc.edu

Hello Dr. Bulger:

In the email received by my father I could not help but see a few notable lines. I feel compelled in the interest of transparency to address them almost line by line. If there is one thing that everyone nationwide is tired of, it's spin. That being said:

**- “I want you to hear from me about how those decisions were made and what they mean for where we are headed.”**
Respectfully, this is narrative control. An honest statement would involve the impacts of the decision.

**- “Here is how the process worked:”**
Whenever one hears this it is useful to ask yourself "what are they leaving out?" In this particular case it is about to describe the formal process while leaving out how it was flawed at best and outright misconduct at worst.

**- “Everything began with the values our Board of Education articulated in July 2025.”**
The frontloading of the word values kind of gives away the game here. It tells the listener subconsciously that this decision is associated with principled seriousness before the details are put in place.

**- “Student success is at the top of that list.”**
This is a compelling statement, only for those without context or lived experience with the consequences of the decision(s) you've pushed for. No additional notes here.

**- “It shaped every question we asked and every criterion we applied.”**
Absolute rhetoric. “Every.” Convenient yet also unprovable. It is meant to imply rigor and moral coherence without showing either.

**- “transferability, clear pathways to employment and further education, and the ability of programs to serve students across a lifetime of learning”**
This is a great example of administrative abstraction. Beautiful phrases, almost no friction, and none of the concrete contradictions brought up by the community addressed. If they really cared about “clear pathways,” why did students end up with no clear path forward? (A VERBAL NON-BINDING ASSURANCE OF INDIVIDUAL COUNSELORS IS NOT A CLEAR PATH FORWARD AS REQUIRED BY THE NWCCU)

**- “is a direct expression of what our Board believes postsecondary education is designed to accomplish.”**
There appears to be a lot of certainty involved in this statement as it is telling the listener about the self-description of proof.

**- “we took a comprehensive review”**
Standard legitimacy word. “Comprehensive” is there so no one asks what was excluded, misweighted, or misrepresented.

**- “Academic support areas were included in the broader decision-making even where they fall outside the formal portfolio.”**
This is admin. speak for: "we brought in things that do not quite fit the formal frame, but do not worry, it was all very sensible." Normally it's difficult to pin down, which is why it is written this way.

**- “Faculty within each division are part of the academic program portfolio process. That input matters.”**
This is a particularly weird line. “That input matters” is one of those phrases people use when they want credit for hearing input without admitting whether it changed anything or if criticisms were properly addressed. It is almost insultingly thin and evasive.

**- “The comprehensive review also** included labor **market wage value…”**
"Labor market wage value" is an ideological choice dressed up as a numbers evaluation. It scales down educational value into wage logic. Which is uh... I mean it seems fashionable... for the 20th century.

**- "The feedback has been clear and consistent"**
This almost sounds humble, but watch what happens next.

**- "this process would have benefitted from more communication and earlier engagement..."**
This is, to put it mildly, a massive euphemism. "Would have benefitted from" is one of the softest ways imaginable to describe what was a severe failure of communication and student/faculty engagement.

**"That is a fair assessment"**
Mild acknowledgment without proportional accountability. I also hope that by saying it is a fair assessment that means you will engage with those assessments in good faith, and sincerely, surely that's what's being implied here, right?

**- "and it will inform how we approach the work ahead."**
This one's a classic: convert criticism into future process improvement language. This is one of the oldest administrative evasions going back to when accounts were written in cuneiform. The implication is: yes, mistakes were made, now let's move on into "the work ahead." It is a clever way of metabolizing outrage into management lessons (without the need to ever follow through of course.)

**- "I know this is a significant amount of change…"**
Quite an understatement. It is not just "change." That word is doing huge amounts of rhetorical spin. "Change" covers everything from schedule updates to literally uprooting people's lives.

**- "People you work alongside are affected."**
Still passive and vague by design. Again, ask yourself what is being left out, such as: people are losing pathways, people are dropping out, people are being forced into precarity. All scaled down into a single scale or variable called "affected."

**- "These decisions were made carefully, with data, and with the full implications for real people in our community in mind."**
This is probably the most infuriating sentence in the e-mail. I know it sounds loaded so let me explain my reasoning:
It combines three self-exonerating claims: carefulness, data, human awareness. If the implications for real people were truly "in mind," then the harm would not be treated this abstractly in the rest of the email.

This last one's a doozy too:
**"Not every decision will feel aligned from every perspective, and I understand that."**
It reframes the entire conflict as a matter of differing perspectives and emotional alignment, rather than whether the process was dishonest, dismissive, and materially harmful to human beings and the institution at large. What this does is to make criticisms sound subjective, it's supposed to make administration look like the adults in the room, and it shrinks criticisms into just a matter of perspective.

Let me be absolutely clear, I don't think you're a bad person. We happen to disagree on things, that is the burden of the human condition. I know you're capable of doing the right thing. That is why I feel compelled to pick apart this email in detail because you do not have to do this. It is deeply frustrating to see good people engage in spin, you don't have to.
I hope this bridges the gap between administrative language and student perspective since while it may be in a difference of perspective the mechanisms of spin are not subjective, especially when there is an observable reality to contrast with what is said with what was done.

With sincerity and in the interest of all,

-Richard Kamuela Riordan