Gmail

**Richard Riordan <rriordan723@gmail.com>**

## 4/22/2026 LCC Board of Education Vote, Jesse Maldonado

1 message

**Richard Riordan** <rriordan723@gmail.com> Fri, May 1, 2026 at 7:14 PM
To: maldonadoj@lanecc.edu, rep.lisafragala@oregonlegislature.gov, Laurie.Trieger@lanecountyor.gov, Pat.Farr@lanecountyor.gov, Heather.Buch@lanecountyor.gov, kknudson@eugene-or.gov
Bcc: rep.nancynathanson@oregonlegislature.gov, Rep.DarinHarbick@oregonlegislature.gov, Rep.JohnLively@oregonlegislature.gov, Rep.JulieFahey@oregonlegislature.gov, Ryan.Ceniga@lanecountyor.gov, David.Loveall@lanecountyor.gov

Dear Jesse Maldonado and others:

This is in response to a vote that happened on 4/26/2026 during a Board of Education (Lane Community College) meeting regarding an approval to suspend the Health Information Management and Criminal Justice programs. It goes without saying that I disagree with this decision though that's beyond the scope of this discussion.

In particular I need to address you, Jesse, you have larger political ambitions. Everyone you surround yourself with knows this (your social media accounts and speaking events leave no room for ambiguity), it's just that nobody likes saying it as a courtesy. After April 22nd, I see no compelling obligation to continue that courtesy any longer, after this message you will understand why.

You've said all the right things to the right people and won over the trust of the community and made promises to do the right thing. However, the politically expedient thing to do is to keep your head down and not do anything that will undermine your political prospects before they get off the ground. **You want to be on the winning side instead of the right side or the side you earlier said that you were on**. After all, that is the most common path of least resistance. However, there's a catch since you also need to be on the winning side of almost every issue in order to stack your political resume. This of course means that previous promises are expendable. Therefore, it was only a matter of time before you needed to make the call between your ambitions and your beliefs. **You have clearly made your choice.** By trying to please everybody, trying to agree with everybody, is in reality agreeing with nobody. At some point you will need to take a stand, have an opinion, and you've made your real opinion clear, with your actions.

You are willing to turn over administrative oversight and what should be board decisions to the President and LCC administration. Even more inexcusably, you are also willing to exchange student wellbeing for your own political convenience instead of what's best for the students (you know, like your promise to do what's best for the students for example.) Needless to say, this is not the conduct of someone with genuine beliefs or a moral compass. You have chosen your desire for a state government position over student needs. This will not be forgotten or forgiven. When you sold out the students in this manner, you revealed to everyone who you really are and what your priorities are. You have forgotten what it feels like to be the first generation college student that you said you once were... Instead you have become just another uninspiring, dishonest, disingenuous political shapeshifter, who says all the right things but when beliefs become inconvenient to your political ambitions, it becomes clear where the priority lies and it is not the beliefs. You have revealed that your promises to do what's best for the students were not written from the ink of integrity but with the snake oil of deception. Everyone is tired of that sort of character nationwide and instead of being the solution you've merely added to the pile. You learned the ropes of politics fast alright, but not for the better.

The very assertion that you care about the students is repugnant and insulting. Everyone sees through this and your actions will continue to follow you no matter what office you run for. **You are not fit for re-election or higher office.** (Honesty and integrity are a basic prerequisite, you have shown us that you have neither.)

**In summary:** You can say all the right things when nothing is at stake. Anyone can do that. That is easy. What matters is what you do when principle actually costs you something. Especially when students' futures are counting on you. Your conduct does not demonstrate a person guided by genuine conviction. It suggests someone willing to sacrifice students, process, and honesty when these become inconvenient to your political ambitions. Please be advised that this will be remembered when you run for re-election or higher office. **We have overestimated your integrity and commitment to the students. This will never be forgotten and we will remember your actions at election time.**

With genuine conviction,

- Richard Kamuela Riordan