
10:12
5G+ 79
carlyeh2000@gmail.com
iMessage
Encrypted
Tue, May 5 at 9:08 AM
Hi, this message is for Richard. My name is Carl Yeh, and I am the Dean of Student Engagement at LCC. I recognize this message looks like it is coming from a Gmail address—I'm unable to make it appear as a @lanecc.edu.
9:08 AM
Would you be able to have a conversation with me and Public Safety Chief Rupp sometime today?
9:17 AM
We could have this conversation on phone or Zoom, for your convenience. Thank you in advance!
9:19 AM
I will send a response to your lame email
9:26 AM
iMessage


10:12
5G+ 79
carlyeh2000@gmail.com
@lanecc.edu.
Would you be able to have a conversation with me and Public Safety Chief Rupp sometime today?
9:17 AM
We could have this conversation on phone or Zoom, for your convenience. Thank you in advance!
9:19 AM
I will send a response to your lame email
9:26 AM
Lane*
9:26 AM
Read 5/5/26
I got them! Thank you. I'm responding now.
9:37 AM
If you did not expect this message from an unknown sender, it may be spam.
Report Spam
iMessage