Lane Community College

Richard Riordan <riordanr@my.lanecc.edu>

# On Public Comment

3 messages

**Richard Riordan** <riordanr@my.lanecc.edu> Wed, May 6, 2026 at 8:37 PM
To: rustj@lanecc.edu, Weismannj@lanecc.edu, mulhollandz@lanecc.edu, boecomment@lanecc.edu, alltuckerk@lanecc.edu, folnagya@lanecc.edu, mitals@lanecc.edu, maldonadoj@lanecc.edu, bulgers@lanecc.edu, lccef@lanecc.edu, lccea@lanecc.edu

Moments ago, I heard Julie Weismann advocate for placing a cap on public comment. I find this, how shall I say, anti-democratic. One of the stated reasons was, “We’re volunteers.” That is a fascinating argument. It seems to suggest that because one volunteered to hold public office, the public should be careful not to overburden them with public opinion. This is a novel theory of democracy, and I hope it does not spread.

You are not merely volunteers, you are elected officials. When allegedly serious elected officials begin treating public participation as an inconvenience, the problem is not the length of the meeting, the problem is the attitude toward the public. Which gives away the game here, doesn't it Julie?

The people speaking at these meetings are not here because they enjoy bureaucratic procedure. They are here because their programs, their jobs, their education, and their futures are being affected by decisions made in this room. So when the response to that public concern is, “Can we hear less of it?” That tells us something **huge.** And I for one, tend to squint a little at what your **real complaint** is.

It tells us that the inconvenience of listening has become more important than the standard to be accountable. If public comment feels burdensome, then perhaps the issue is not that the public is speaking too much. Perhaps the issue is that the board is doing things the public has quite a lot to say about.

To cap public comment in this context would not be a neutral posture. It would be an attempt to manage criticism by narrowing the space where criticism can occur. That is despotism with a bureaucratic gloss, you know better.

Stop advocating for a cap on public comment. Because I assure you, **I assure you**, if elected officials choose to limit the public’s voice inside the room, the public will remember that outside the room including at election time. You may control the agenda. You may indeed control the microphone. However, you do not control the public’s verdict at the ballot box.

And if the board decides that public participation is a problem to be managed, then the public will draw the obvious conclusion: You enjoy wielding the power of a democratically elected official yet find it annoying to have to bear the responsibility that comes with it. We did our job electing you, **do yours and start acting like a serious, elected, official.** (and please prove me wrong)

-With genuine conviction
Richard Kamuela Riordan

---

**Richard Riordan** <riordanr@my.lanecc.edu> Wed, May 6, 2026 at 11:33 PM
To: hilltk@lanecc.edu

[Quoted text hidden]

---

**Tami Hill** <hilltk@lanecc.edu> Thu, May 7, 2026 at 12:48 PM
To: Richard Riordan <riordanr@my.lanecc.edu>

I appreciate this email. - THANK YOU!

I feel the same way.
Tami



**Exhibit 15**
**Page 1 of 2**



Tami Hill
she/her/hers
Project Coordinator - Lead
**WORKFORCE DEVELOPMENT**
HANDSHAKE
*LCCEF President - Local 2417*
**Lane Community College**
4000 E. 30th Avenue
Bldg. 19 / Rm. 231C
Eugene, OR 97405
541.463.3655
www.lanecc.edu

***Kindness is lending someone your strength instead of reminding them of their weaknesses.***

[Quoted text hidden]