Lane Community College

**Richard Riordan <riordanr@my.lanecc.edu>**

# Clarification

4 messages

---

**Richard Riordan** <riordanr@my.lanecc.edu> Mon, May 18, 2026 at 9:15 AM
To: Carl Yeh <yehc@lanecc.edu>

Good morning Carl:

Just to be very clear, you will in fact no longer contact me through my personal cell phone number right?

---

**Richard Riordan** <riordanr@my.lanecc.edu> Thu, May 21, 2026 at 7:12 PM
To: Carl Yeh <yehc@lanecc.edu>, JoyceC@lanecc.edu

Good evening Carl:

I realize you are busy, but would you please confirm that you have received my email and will no longer contact me via my personal cell phone number.
Thank you in advance for your prompt response.

- Richard Kamuela Riordan

[Quoted text hidden]

---

**Richard Riordan** <riordanr@my.lanecc.edu> Tue, May 26, 2026 at 1:22 PM
To: Carl Yeh <yehc@lanecc.edu>, JoyceC@lanecc.edu, turnerms@lanecc.edu, RuppL@lanecc.edu
Bcc: Richard F Riordan <riordanrf@lanecc.edu>, hilltk@lanecc.edu, lushias@lanecc.edu

Good afternoon Carl:

I hope memorial day weekend was well for you. I'm still waiting on confirmation in writing on whether or not you'll do this again:




I believe that it would be within the symmetry of good conduct/faith to provide a clear yes or no answer to this. It is, in fact, untypical to contact students via their personal cell phone number and not their student email first. Let it be known also, that this is the third time I'm asking you this.

[Quoted text hidden]

---

**Carl Yeh** <yehc@lanecc.edu> Tue, May 26, 2026 at 2:00 PM
To: Richard Riordan <riordanr@my.lanecc.edu>
Cc: JoyceC@lanecc.edu, turnerms@lanecc.edu, RuppL@lanecc.edu

Hi Richard,

As I had stated to you in our Zoom conversation on May 5 in the presence of Chief Rupp, I acknowledged you had said that you did not want to be contacted on your phone, and I stated I would not contact you that way in the future.

However, it is not atypical for some College officials to reach out to students to their phones before e-mail for a variety of reasons. As your phone number is listed in your student account, other College officials may try to contact you for college business.

Sincerely,
Carl
[Quoted text hidden]