Gmail Richard Riordan <rriordan723@gmail.com>

# Public Letter on 05.27.2026 budget committee meeting

1 message

**Richard Riordan** <rriordan723@gmail.com> Tue, Jun 2, 2026 at 7:45 PM
To: rustj@lanecc.edu, maldonadoj@lanecc.edu, mulhollandz@lanecc.edu, boecomment@lanecc.edu, alltuckerk@lanecc.edu, Austin Folnagy <folnagya@lanecc.edu>, mitals@lanecc.edu, Weismannj@lanecc.edu, bulgers@lanecc.edu, flathk@lanecc.edu, lccea@lanecc.edu, lccef@lanecc.edu, Shelley Tinkham <TinkhamS@lanecc.edu>, lanesga@my.lanecc.edu, president@my.lanecc.edu, vicepresident@my.lanecc.edu, senator1@my.lanecc.edu, senator2@my.lanecc.edu, senator3@my.lanecc.edu, senator4@my.lanecc.edu, senator5@my.lanecc.edu, senator6@my.lanecc.edu, senator7@my.lanecc.edu, senator8@my.lanecc.edu, freij@lanecc.edu, lin@lanecc.edu
Bcc: hilltk@lanecc.edu, Clay Williams <WilliamsC@lanecc.edu>, Daphne Gabrieli <GabrieliD@lanecc.edu>, SenaP@lanecc.edu, mitchella@lanecc.edu, pastosz@lanecc.edu, simmonsws@lanecc.edu, sacklinj@lanecc.edu, pearsonm@lanecc.edu, Richard F Riordan <riordanrf@lanecc.edu>, bockovend@lanecc.edu, borrowdalej@lanecc.edu, burleyh@lanecc.edu, escobarj@lanecc.edu, gilbertd@lanecc.edu, MurphyCJ@lanecc.edu, rowlettb@lanecc.edu, saltj@lanecc.edu, soriano-cervantesl@lanecc.edu, TurnerMS@lanecc.edu, GrijalvaC@lanecc.edu, raesi@lanecc.edu, rattanr@lanecc.edu, nicholsbd@lanecc.edu, isaacsonn@lanecc.edu, ArtsteinM@lanecc.edu, kime@lanecc.edu, ofearghailc@lanecc.edu, ky.fireside@gmail.com, frasierj@lanecc.edu, willgarrahan@comcast.net, mylera@lanecc.edu, oberstallerp@lanecc.edu, faculty@lanecc.edu, JoyceC@lanecc.edu

Dear Lane Community College Board of Education, President Bulger, Student Government President Olson, and whoever else is receiving this letter:

(LENGTH WARNING: This is yet another 20+ page letter so feel free to throw this into Gemini, Copilot, or ChatGPT. The summary may be shallow but you don't get to tell yourself "too long, didn't read." Thanks again.)

I am a student at Lane Community College with the aim of studying Political Science and Sociology. This place has enabled me to keep myself in a constant state of curiosity and learn ideas, concepts, and new skills that I could not see myself learning previously. This campus has also allowed me to meet people from all walks of life and come across entirely new perspectives on how we understand the world around us. What's troubling however, is that there are a surprising number of individuals in power who want that to be impossible for a lot of people like me, while they tell everyone with a straight face that they have everyone's best interests at heart.

Closing the door in such a disingenuous manner is, of course, unconscionable. And, it is difficult for me to sit idly by and watch it happen without at least pointing out their scam. I could've widened the scope to a considerable degree to include a habitual pattern of being adjacent to potential conflicts of interest which my notes can be found HERE (thanks for the hyper-link idea Shelley), but this letter is narrowed to just within the scope of Lane Community College and why it matters. You'll also notice the tone of this letter has a distinct lack of charitable things to say, there's a reason for that and it will become readily apparent as you go on.

That being said however:

The May 27th, 2026 Budget Committee Meeting was remarkable, not because it ended relatively quickly, nor because of the hot mic moments from Julie Weismann, which can be found at these timestamps such as 01:40, 01:07:13, and 01:27:56. Julie's conduct and worldview are well tread territory at this point, and it should be obvious by now that saying she has a credibility/conduct problem would be like saying Pol Pot had ethical challenges. This is also not about Zach Mulholland. I thoroughly disagree with the idea of raising tuition on students at all. He was clearly wrong on that front, not only does this require little explanation, but he also withdrew his amendment after pretty much everyone in the room shot it down. Nor is this about policy in the technical sense (like numbers and all that fun stuff.) Like I said in my previous letter, I do not know enough of the finer details of budgets and whatnot to weigh in with professional expertise. After all, a man's got to know his limitations.

This brings me to what I really want to explore: how people mistake performance for principle when elected public officials launder weak reasoning through agreeable language, procedural concern, and public-facing displays of reasonableness. In other words, how performance does not simply hide bad judgment but dresses it up as maturity. What I expected to find was a public official engaging with that sort of thing. What I found was even worse: a public official whose entire performance of seriousness depends on narrowing the

question so badly that the answer only looks responsible if one forgets what a community college is for. Thus, we arrive at Kevin Alltucker.

**Why Kevin matters here and the nature of austerity rhetoric**

Kevin Alltucker is worth looking into because he's the general standard when it comes to how austerity rhetoric can be given a friendly gloss and how one can posture themselves to look like hard nosed decision makers who make the choices nobody wants to make. Tell me if this line of thinking sounds familiar since it's one of the most common narratives to justify austerity measures: "Oh well you see guys I understand people are upset but listen cuts are just a thing that happens so just accept it because I'm the only one who can properly manage the greater whole." What you have is someone framing the nature of the issue by representing cuts as an inevitable thing that can happen before the conversation is even had.

It's a neat rhetorical trick since once the discussion begins you never have to ask yourself what programs or services can we add or expand since it's inevitable they'll be cut anyways. It's also self-serving in the sense that usually people who push for cuts posture themselves as the only ones capable of managing those same cuts properly. Now in fairness austerity in isolation is not a bad thing, I'd even argue at times it can even be a good thing. In a country mired in enough corruption, a tight-fisted neoliberal can look like a populist hero simply by refusing to let the public treasury function as a slush fund. Austerity is also common in the business world, where cutting costs can make sense depending on the circumstances. Kevin is from the business world, after all he was an executive at Eugene Sand & Gravel and I'd venture to say he could manage that environment better than I can ever hope to.

However, years of being in such an environment where austerity is standard practice and then applying it

to a public institution has its downsides. What sounds nice on paper (a business-minded official who understands budgets) has nasty side effects when applied to public education: students' academic futures get treated like line items, programs get treated like costs before they are treated like pathways, and "sustainability" becomes a word used to excuse making the institution less worth attending. Such a contradiction drives those kinds of people insane. (Can we please move past the Ayn Rand cinematic universe where big bad rugged titans of industry business types can be trusted with public institutions and services? Atlas Shrugged is in the fiction section for a reason.) No other kind of person is more susceptible to dumb economic pseudoscience or insanely self-serving premises than austerity types, but more on that later on in the letter. The question we must first ask ourselves is: What makes Kevin performative?

**Performance (not the nice kind)**

This event can help one ascertain the mechanism of performance and I believe there is no better place to look than at the start of the meeting:

At 04:47 of the recording of the 5/27 budget committee meeting. Chair Austin Folnagy has a motion to have the student president participate in the meeting stating the need for student voices at the table. Now I would like to imagine everyone would be on board with this, at least that's what I thought.

**1)** At 06:09 Kevin had objections but not because he didn't want student voices to be heard (he promised) but because:

"Mr. Chair, I have a point of order. My point of order is I believe that this motion is outside of the purview of the budget committee. It's it's more suitable for the board. So I don't believe that this body can decide on that motion."

Basically he doesn't say either way "great let's have student voice at the table" nor "no I don't like student voices at the table" but makes it a matter of jurisdictional concern. It's worth noting that this isn't

performance (yet) but watch what happens next when Brett Rowlett provides an answer (06:44) :

"So I did reach out for some some legal guidance on this and it's kind of a there's not uh specific guidance provided in statute. And so the person that I reached out to is looking for additional guidance. The recommendation probably was that this is something that the board may be able to look at before the budget committee process starts, uh and and assign that position. It's also because it's a non-voting member. Budget media as a whole could decide that that it would is beneficial and and make that decision as a as a committee. So if that's how the the committee would feel this evening, um that it would be beneficial, that's that would be all right."

**2)** Kevin shifts (07:20), saying:

"Yeah, I appreciate that. I have a point of information and a follow-up. The the the question is the information uh would be um getting input from the president uh regarding the process. I think it's a fine idea. I'm concerned about the process that we are embarking on here."

*So pause.* I actually heard of a different take on how to handle something when it comes to process:

"And I understand the public testimony and the difficult decisions. Potential impacts that the proposed mitigation plan has. And if the board thinks that there's going to be some magic you know, other solution, to plug the budget gap? I think that's a little bit of magical thinking. And so I would caution the board against thinking that more time is going to somehow help us reach consensus with our college community. I don't think that should be the question that we're asking actually I think the question that we should be asking is. Do we have sufficient information? Do we have sufficient process integrity and fiduciary justification? To make our decision."

(April 22nd 2026 Board of Education meeting at 03:38:42)

In case you don't know the context, this is the April 22nd Board of Education meeting. The main issue being discussed in that meeting is whether or not to approve of suspending the Criminal Justice and Health Information Management programs. The entire process was, to put it nicely, conducted with astonishing carelessness. Without getting into it too much though:

The Vice President of Academic Affairs, Shelley Tinkham, closed the application portal to HIM and didn't say anything for ten days leaving students and faculty in the dark (no notice, no explanation.) Meanwhile Shelley negotiated teach out agreements with KCC and COCC behind the HIM program coordinators back (he only found out because Klamath emailed him). The story kept changing from Shelley's end but that's a separate topic for another time (which will assuredly come.) To say the least the process could've been significantly better. (And if nothing else, Kevin really should've been alarmed by this since he brought up "process integrity" when there was a distinct lack thereof throughout the entire affair.)

So if Kevin really does have a principled stand for process then… Why did he go with Administration's lead? Well, as far as I can tell it's because he agreed with Administration to cut the two programs, austerity is something Kevin likes. (Watching Kevin's fake concerns about process being undermined by himself is a remarkable thing to watch.) On May 27th he's concerned about process when it comes to having a student voice on the table but on April 22nd he had no concerns when a screwed up process led to Kevin agreeing with Administration's decision for cuts. Anyways, back to May 27th:

*Unpause*

So, the motion gets narrowed at 10:23: Austin agrees to restate it so it applies for this meeting and asks the Board to establish a future policy process. The restated motion becomes:

"Yeah, absolutely, that we seat the student ex-officio representative for this budget committee meeting and for the board to establish a policy process for the future.

**3)** Then Kevin shifts for a third time at 10:34, asking whether or not President Olson has been consulted:

"I have a point of information. A question. Um, we have the student representative in the audience this evening with us. And I'm curious, has there been communication with President Olson on this topic?"

At 11:05 Austin explains that this had been discussed in Board comments/questions, that President Olson had expressed interest, and that prior guidance suggested bringing it before the committee.

After more back and forth with other members of the board and the budget committee Kevin finally votes yes at 16:22 :

This is an interesting way to show support for student voices at the table: Constant demand to prove it's allowed. Throughout this recording and indeed others you'll see Kevin hide behind process and procedure all the time but as we've seen and I'm amazed I have to point this out but: His reverence for process is very selective and you should be very skeptical every time he retreats behind it. You saw him on April 22nd kind of just bulldoze past the fact the entire process for the FY2027 mitigation plan was, an unmitigated disaster; but his reverence for process was absent because austerity language is something he agrees with, it didn't matter that it negatively affected the students. (If you haven't realized Kevin is by nature performative you should now.)

Kevin doesn't have a principled commitment to process. it can be better understood as a situational attachment to process when process can slow something he dislikes (more on this later.) When process could slow student participation, Kevin treated it as a matter of concern, and when process could slow program suspension, he treated delay as "magical thinking." So despite all his bluster about caring for the students does Kevin Alltucker actually secretly not care about them? Well actions speak louder than words, don't they

Kevin? And I suspect I'm not the only one to come to this conclusion either:

> adding the item at the Chair's request, per operating agreements, Pres. Bulger instead added all 7 board members to the email chain and engaged in extensive back and forths attempting to get them to drop the agenda item. After pushback from Pres. Bulger and Board member Kevin Alltucker, Board members arrived at the meeting with their motion to restore voting rights still not added. Instead, President Bulger posted only a memo written by Kevin Alltucker in support of her own position to usurp authority from the publicly elected Board. Kevin Alltucker has stated publicly in Board meetings that he does not believe it is his job to represent the people who elected him. The voices of the majority of the Board were effectively silenced when their action item motion was not added to their own agenda.
>
> On October 20, Vice Chair Rust wrote to LCC's President: "... The board passed a Motion ('President's goals 2025–2026 Request for Approval') mandating you to come back to the board with a discussion on the assumptions used in the budget preparation which has led your preliminary findings to conclude that we have a $3.1 million deficit. You were to

(Fascinating.)

**What makes Kevin's April 22nd statement revealing?**

Let's return to Kevin's statement on April 22nd, what is there to unpack?

"And I understand the public testimony and the difficult decisions. Potential impacts that the proposed mitigation plan has. And if the board thinks that there's going to be some magic you know, other solution, to plug the budget gap? I think that's a little bit of magical thinking. And so I would caution the board against thinking that more time is going to somehow help us reach consensus with our college community. I don't think that should be the question that we're asking actually I think the question that we should be asking is. Do we have sufficient information? Uh, do we have sufficient process integrity and fiduciary justification? To make our decision."

In summary: Kevin acknowledges the concerns from the community and impacts to it. He rejects the idea that more time will solve the budget problem or produce consensus (he calls it magical thinking), and says the Board's real question should be whether it has enough information, process integrity, and financial

justification to decide.

So let me get this straight "I would caution the board against thinking that more time is going to somehow help us reach consensus with our college community." That's one way to go about democratic governance: "I want to caution you against talking to the constituents who elected us."

Anyways, why is the whole quote revealing? After all it seems very par for the course with an austerity type. Well his rhetoric is doing several things at once here. The most important thing is that **it assumes the conclusion before the public is allowed to notice the premise.**

First, the problem is defined into a small scale or variable, then the available solutions are narrowed, then anyone who challenges that very narrow version of how reality works is treated as unserious, emotional, or, in Kevin's own words, engaged in "magical thinking." By the time inquiry and debate occurs, the real argument has already been quietly decided. Like I said, austerity rhetoric is very self-serving and its practitioners belong to a very special kind of people, not one of whom can be honestly described as "good faith" or "serious."

This is a common feature of austerity rhetoric. It takes a premise that should be debated and turns it into the back wall of a sandbox. Once that wall is treated as fixed, everything else is forced to move around inside it. In Kevin's artificial formulation, the budget gap becomes that wall. It's treated as the immovable fact in which everything else must organize itself. (We can disagree if that's the case but whether or not the budget crisis is that alarming isn't my point here, continue reading.) From there, the only "serious" questions become how quickly to cut, what to cut, and whether the Board has enough fiduciary language to make the cut sound responsible.

This is where Kevin's version of "long term sustainability" becomes funny. (Keep in mind people like Shelley Tinkham, Steve Mital, Julie Weismann, Stephanie Bulger, and Kara Flath are equally guilty of subscribing to this line of thinking, but this is about Kevin.) It is difficult to overstate how this thinking is just short term administrative legibility pretending to be long term thinking. If you cut a program, the expense does, in fact, go down; this has positive and immediate effects but only in the short term.

Maybe Kara Flath was right to have that slide titled "A Moment of Celebration." This method of financial discipline can look responsible in the same way making a forest easier to count, clear, and extract from can look responsible to someone who mistakes the forest for a timber spreadsheet. The problem, as it turns out, is that forests are not just trees arranged for administrative convenience, and community colleges are not just budget categories arranged for one's convenience.

The frustrating thing about cutting programs like this is that the long term problems are imperceptible at first in the same way when a tree rots it is difficult to ascertain immediately. The even more frustrating thing is that in that same moment you'll have people like Kara celebrating while being comically unaware of the long term effects. They get to pat themselves on the back and tell everyone what a great job they did and no one will ever call them out on it because the problems with their decision don't present themselves until much later (like I said, self-serving.) Is it any wonder Kara, why people all over campus have started calling you "Kara the Careless."

You will notice however, is what disappears once the artificial axiomatic frame is accepted. The question is no longer whether proposed cuts make Lane Community College worth attending, or what damage this will do to future FTEs, or whether the college community deserve more than being told their objections are simply an obstacle. Those questions are pushed outside of the framing, they become inconvenient sand outside Kevin's little sandbox if you will.

It’s actually a brilliant rhetorical strategy since Kevin doesn’t have to say, students don’t matter, faculty are irrelevant, or community consensus is an obstacle. His framing of the situation does that for him and poetically that framing is familiar to Kevin as its cutting something, but instead of programs and services its cutting who can be heard and what can be considered relevant in his formulation.

And this is where it stops looking self-serving but at least sort of intelligent to just… not being able to see sense. You may be under the impression that cutting programs is a great way to save money. I humbly submit to you that when you cut specific programs such as HIM and Criminal Justice you are also cutting the very reasons why students come to Lane Community College in the first place. They generate FTEs, and FTEs are part of how the college gets money. If students came here for HIM or Criminal Justice, and Lane suspends HIM or Criminal Justice, those students do not magically remain at LCC out of institutional loyalty. They leave for another institution (or none at all), or future students never come here in the first place. So when Kevin warns against “magical thinking,” one has to admire the projection. The real magical thinking is believing a community college can cut away what makes it work and then tell everyone with a completely straight face that you’re preserving the college as a whole. (Programs can be more easily understood as both an expense AND the product.)

**Kevin Alltucker is capable of understanding nuance, and that makes it worse**

What makes this worse is that Kevin is not incapable of seeing nuance, it’s that he is capable of it when he wants to be. In his public writing on homelessness, Kevin says he joined the Chamber’s Business Leaders Task Force because he was concerned about homelessness and “wanted to learn more.” He talks about how the trauma experienced by unsheltered people is staggering, that social services need to help people gain

autonomy, authority, agency, and that more housing is the long term structural solution. He also says that if the day-to-day suffering and the damage to neighborhoods and businesses are not addressed, the long-term goal of more housing will not be achieved.

So Kevin can understand the relationship between immediate harm and long-term structure. He can understand that a problem cannot be reduced to one scale or variable. He can understand that human beings, institutions, neighborhoods, services, business concerns, and long term goals all interact with one another in complex relationships. This was an interesting article to read, a whole ecology of cause and effect appears before him when the subject is homelessness.

But, when the subject is Lane Community College, that ability seems to suffer from a sudden and immediate atrophy. The same man who can talk about long term structural solutions and day-to-day consequences elsewhere becomes remarkably proficient in narrowing Lane's problem into a single scale or variable, and treating community consensus as the wrong question. (Words fail to describe how bad faith and also very funny this is.)

That is what makes Kevin's April 22nd statement even more revealing. It reveals that his ability to understand nuance appears to be not only selective but it's not a new habit. When nuance supports the frame he likes, he can discuss it. When nuance complicates austerity, suddenly the room gets smaller, the wall gets closer, and the only "serious" question left is suddenly the one that makes him right. I too remember when the point of a PhD was supposed to be inquiry, not finding more elaborate ways to avoid it. You have the credentials, so where's the ability Kevin?

**My conversation with Kevin**

There is no way for the reader to independently verify that I had this conversation in the main parking lot near Building 1 of LCC after the budget committee meeting ended with Kevin himself. So for the reader, you're free to skip the details of the conversation if you want to treat it like it didn't happen as I understand there is no mechanism for you to verify it. That being said, I know the conversation happened, a member of security was nearby, and Kevin himself was, naturally, present for the conversation in which Kevin participated since after all it takes two to tango. Thus, for Kevin no such escape exists, you know it happened.

As I remember it, I saw Kevin in the parking lot after the Budget Committee meeting and greeted him then got straight to the point. I asked him how he reconciled presenting himself as being for students with his prior vote to suspend programs. I told him I was not calling him a liar, but I was calling him inconsistent. His response, as I remember it, was that this was my perspective. (That's one way to respect another's objection to your actions, reduce it to just a matter of perspective. Kevin, has anyone told you that condescension isn't a substitute for an argument? At least when I'm condescending I have an actual argument, Kevin.)

I told him I understood that, but I wanted to understand his side and how he squared that circle. His answer, in substance, was that his role on the Board was to ensure the long-term sustainability of the community college as a whole. At some point, his answer became, in essence, that "programs will get closed." That phrase is worth reconciling with: programs will get closed, not "we chose to close them" not "students will be harmed, but here is why we believe the harm is justified." Just the passive virtue inevitability: programs will get closed.

He continued saying that other community colleges do this sort of thing. I told Kevin "I'm aware that there are a ton of anecdotes." Kevin told me they're not anecdotes then, without skipping a beat, began

listing community colleges in the state of Oregon. I told him "Wow, that's a lot of anecdotes." So I asked him what is the object of the community college? He answered: to educate people.

That answer was interesting because it lays bare the contradiction. If the object of the community college is to educate people, then what is the Board doing when it votes to close programs students came here to study? How does one claim to be for students while supporting program closures that remove the very pathways those students came here for? As I recall, when I asked Kevin what exactly he's doing when he votes to close programs he shut down the conversation and began walking away. As he left, I said "Thanks for the transparency Kevin. Gotta love it."

This experience wasn't that enlightening since it was a confirmation of what most people, myself included, already knew. What was fascinating, however, was to witness Kevin retreat in the presence of his own contradiction in person. Though I have seen him do so rhetorically, this was the first time I witnessed him doing so physically. If nothing else at least he managed to poke a hole in me calling him inconsistent. As it appears he has demonstrated a consistent tendency to retreat from his own contradictions when they're told to him by an outside observer. Though it does present a question worth examining: what exactly is such a man fleeing when the only thing chasing him is his own record? Self-serving austerity rhetoric appears to also self-inflict an irrational fear of one's own decisions.

**Conclusion**

This is why Kevin Alltucker is fascinating, he doesn't have symmetry with moral character in the ordinary sense of course. You don't really have moral authority when you decide listening to students and community consensus is an obstacle. And you sure don't have civic authority when you are willing to engage with your

constituents as a public figure when you need their votes but, not their opinions. But he is also completely unwilling to (ironically) see the bigger picture, despite all his bluster.

That's what makes his faux seriousness all the more funny (and frustrating) from a student perspective. He presents himself as the adult in the room, but his entire worldview depends on treating the college's educational pathways as costs first and reasons for attendance second. A community college gets students because it offers students something to study. This commonly understood consensus can only be comically misunderstood by special kinds of people, Kevin is among them. Ky Fireside's public comment on 5/27 was no abstraction and really it should be something Kevin ought to take to heart:

"...There's a theme that we see across schools and governments and other bodies taking these flawed economic theories for businesses and applying them to an entity which is meant to provide a public service. That does not work. I want to get back to unlearning things. Unlearn that you need an insanely highly paid executive type to keep your profits up. Unlearn the idea that austerity is good financial sense. It may seem logical in the long term, but if you look further, you will see that you are whittling away an institution and the scraps that we are all going to be left with will be worth nothing."
(24:47)

You can almost word for word tell the same thing to Kevin although if you try getting it through to him there is no guarantee he won't recoil away. I wrote this letter with a through line that Kevin is an incompetent austerity practitioner but the reality is a lot more nuanced than that. This is a man who has a PhD, a former executive at Eugene Sand & Gravel, a former adjunct professor at UO, being on the board of education with the stated purpose of "Accessibility For All" (which is funnier when you consider this is the same man who voted to close programs, which previously, you know, made them accessible for students in Lane County. Solid form of consistency Kevin), only to be told that despite all your experience, you still

have a lot to learn. For having a PhD, therefore, Kevin appears to be very unwilling to learn. Worse than that, he attended Lane Community College himself, yet now consistently fights tooth and nail to close the same opportunity he had to as many people as possible while telling us that this is a good thing because think of the spreadsheet. I'm not convinced.

Remember earlier in this letter when I said if you point out the contradiction to them it drives them insane? Well Kevin can't even face the contradiction, it's too embarrassing. He comes from a world where his thinking and practices make sense and he's sort of like a fish out of water where he keeps using tools that are familiar to him and never asks himself why the glass keeps breaking. It's enough to make me feel empathy for such people. People I otherwise cannot help but hold in contempt since they hurt others. And if all that was at stake was one man's ego then it would be forgivable; but, there's a lot more at stake.

So uh, nope. Shelving one priority (the well being of the students) in favor of a great abstract goal (balancing the budget) is in my judgement, unconscionable, obviously. It turns out that **student well being is not exchangeable on a dollar-to-dollar basis.** Kevin's conduct appears to show that he disagrees: you saw him first hand try to stymie student voices in committees via moving the goalpost upwards of three times, you saw him use bad faith rhetorical strategies that are disingenuous and self-serving on 4/22 to go through cuts that would hurt students, and Kevin confirmed to me personally in the parking lot that the way he sees it such actions are just things that simply happen (as if he has no agency in it or something.)

And even then, despite his confidence in his flawed theories he recoils and runs from the simple fact that by cutting what makes a community college you cut the reason why students come here and invest their money here. You may also be under the impression that Kevin is making emotionless decisions and that we rely on emotion more than him but it's not true. He relies on emotion just as much as we do, it's just we rely on empathy and he relies on an emotional need to be the smartest guy in the room. That's the real tragedy all

along: He is not a hard-nosed decision maker who can make all the bloodless difficult decisions nobody wants to make; **he is a charlatan of the hard-nosed decision making role he is trying to perform.** A man's got to know his limitations, and it appears that we have found Kevin Alltucker's.

So Kevin, what is all of this for? You certainly don't owe it to me but you sure do owe it to the people who put their trust in you and the very same students screwed over by you. I'm aware your official answer is to balance the budget or "preserve the college as a whole" but as we've discussed hollowing out a college in this way isn't preserving it.

And even I don't buy that this is entirely for your self aggrandizement since even that theory, though it explains plenty, still leaves a lot to be desired. There's also only so much cognitive dissonance one can take if all of this was to just satisfy one's ego and I've yet to see you reach such heights, after all you actively do your best avoiding just that. Maybe, part of the reason is more material. Perhaps there's a missing piece to all this, and I think, I've found that piece:




**Works cited**

Lane Community College. “Board of Education Meeting.” *YouTube*, 22 Apr. 2026, https://www.youtube.com/live/uprwMnX-y1k?si=caKF5da-49Tp62cI.

Lane Community College. “Budget Committee Meeting.” *YouTube*, 27 May 2026, https://www.youtube.com/live/zO_xHXXBKoM?si=YKhryfXLXlQ6ijq9.

Lane Community College Education Association. “Deep Crisis Affecting the Board at Our Beloved LCC.” *Lane Community College Education Association*, 27 Oct. 2025, https://lccea.org/2025/10/27/deep-crisis-affecting-the-board-at-our-beloved-lcc.

Alltucker, Kevin. “Kevin Alltucker: Here’s How Eugene Can Approach Homelessness.” *KEPW – Whole Community News*, 29 Mar. 2024, https://kepw-wholecommunity.news/2024/03/29/kevin-alltucker-heres-how-eugene-can-approach-homelessness.

Alltucker, Kevin. *Literally just, Kevin’s own words.* Public remarks, 22 Apr. 2026 and 27 May 2026. Archived in Lane Community College public meeting recordings.