Gmail

**Richard Riordan <rriordan723@gmail.com>**

---

# Re: Digital copy of the handouts

1 message

---

**Richard Riordan** <rriordan723@gmail.com> Wed, Jun 3, 2026 at 6:59 PM
To: rustj@lanecc.edu, maldonadoj@lanecc.edu, mulhollandz@lanecc.edu, boecomment@lanecc.edu, alltuckerk@lanecc.edu, Austin Folnagy <folnagya@lanecc.edu>, mitals@lanecc.edu, Weismannj@lanecc.edu



**Case in point.**

On Wed, Jun 3, 2026 at 6:55 PM Richard Riordan <rriordan723@gmail.com> wrote:

> Digital Copy
> ^^^^^ Attached above is the link to the digital copy as to what was passed out for the convenience of those who are attending the meeting digitally or who could not attend due to personal matters. When clicking this link your anonymity is guaranteed.
>
> Also Steve, it may be worth your while to to read the following:
>
> **allegation**
> /ˌaləˈgāSHən/
>
> An **allegation** is an unproven assertion, claim, or accusation that someone has done something wrong or illegal. It represents what a party states they will attempt to prove, but it is not yet supported by evidence or officially confirmed as fact. Merriam-Webster +2

On the very first page of the hand out this would be very difficult to miss:

# Lane Community College and Public Trust

## LCC BOE, Campaign Finance, Foundation Leadership, and Influence Concerns

(Overlap between foundation leadership, business PAC money, and current Board members)

Purpose: To identify facts that raise public-trust questions, not to allege criminal wrongdoing or any quid pro quo

There is a Works Cited page that details my sources and one can independently verify that me stating Kevin Alltucker and Julie Weismann's campaigns were paid for by Lane County big business is beyond reproach. This can be done through the Oregon Secretary of State's campaign finance transaction website: https://secure.sos.state.or.us/orestar/gotoPublicTransactionSearch.do

Kevin Alltucker's PAC ID: **22605**
Julie Weismann's PAC ID: **24126**
(It only accepts one ID at a time.)




Then scroll to the bottom and click "search"

You will come across an observable reality that is quite difficult to ignore, Steve. There is something quite fascinating though about calling it an allegation as it risks exposing that one has not read what is stated. Feel free to do it yourself.

# Lane Community College and Public Trust

## LCC BOE, Campaign Finance, Foundation Leadership, and Influence Concerns

(Overlap between foundation leadership, business PAC money, and current Board members)

Purpose: To identify facts that raise public-trust questions, not to allege criminal wrongdoing or any quid pro quo



*"If you put a frog in boiling hot water, it'll jump out. But if you put the frog in room temperature water and raise the temperature slowly, it'll sit there…"*




This is Steve Wildish, President of the Lane Community College Foundation. He's also Wildish Construction's VP and legal counsel. What matters for us is the Oregon Sec. of State's campaign finance website as it'll be important later:

Contributor/Payee Information

Name: Wildish — Contains text entered

Type

Address

City, State, Zip Code

Occupation

Employer

Employer City, State

☐ Not Employed Contributors

☐ Self-Employed Contributors

Search Reset

Privacy Policy Accessibility Policy Oregon Veterans Oregon.gov

**Elections Division** • 255 Capitol St NE, Ste 126 • Salem OR 97310

Phone: 503-986-1518 or 1-866-673-VOTE • Fax: 503-373-7414 • orestar-support.sos@sos.oregon.gov

| Tran ID | Tran Date | Status | Filer/Committee | Contributor/Payee | Sub Type | Amount |
|---|---|---|---|---|---|---|
| 5642631 | 04/27/2026 | Original | Community Action Network | Wildish Land Co. | Cash Contribution | $15,000.00 |
| 5647613 | 04/27/2026 | Original | Katina for Judge | Steven Wildish | Cash Contribution | $250.00 |
| 5626980 | 04/13/2026 | Original | Friends of Christine Drazan | Wildish Land Co. | Cash Contribution | $5,000.00 |
| 5617859 | 04/10/2026 | Original | Friends of Eric Dziura | Wildish Land Co | Cash Contribution | $750.00 |
| 5627725 | 04/09/2026 | Original | Wilkerson for Sheriff | Wildish Land Company | Cash Contribution | $750.00 |
| 5606254 | 04/06/2026 | Original | Friends of Mike Clark | Wildish Land Company | Cash Contribution | $2,500.00 |
| 5622900 | 04/06/2026 | Original | Friends of John Barofsky | Wildish Land Co. | Cash Contribution | $2,500.00 |
| 5591964 | 03/27/2026 | Original | Friends of Mike Clark | Gary Wildish | Cash Contribution | $500.00 |
| 5623086 | 03/26/2026 | Original | Friends of James Manning | Wildish Land Co. | Cash Contribution | $2,000.00 |
| 5584820 | 03/21/2026 | Original | Friends of Greg Evans | Gary A Wildish | Cash Contribution | $500.00 |
| 5577619 | 03/13/2026 | Original | Friends of Greg Evans | Wildish Sand & Gravel Co. | Cash Contribution | $2,500.00 |
| 5560952 | 02/20/2026 | Original | Oregon Business & Industry Issues PAC | Wildish Land Co. | Cash Contribution | $10,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5642631 | 04/27/2026 | Original | Community Action Network | Wildish Land Co. | Cash Contribution | $15,000.00 |
| 5626980 | 04/13/2026 | Original | Friends of Christine Drazan | Wildish Land Co. | Cash Contribution | $5,000.00 |
| 5560952 | 02/20/2026 | Original | Oregon Business & Industry Issues PAC | Wildish Land Co. | Cash Contribution | $10,000.00 |
| 5337293 | 07/10/2025 | Original | Oregon Concrete & Aggregate Producers Association PAC | Wildish Land Co. | Cash Contribution | $3,500.00 |
| 5381687 | 09/03/2025 | Original | Oregon Business & Industry Candidate PAC | Wildish Land | Cash Contribution | $2,000.00 |
| 5397738 | 09/25/2025 | Original | Oregon Business & Industry Issues PAC | Wildish Land Co. | Cash Contribution | $2,000.00 |
| 3620585 | 10/08/2020 | Original | Evergreen Oregon PAC | Wildish Land Co. | Cash Contribution | $1,000.00 |
| 3842459 | 08/11/2021 | Original | Oregon Business & Industry Candidate PAC | Wildish Sand & Gravel Co-Wildish Land | Cash Contribution | $2,000.00 |

It's worth noting that this is normal and allowed. Businesses are (for some insane reason) allowed to give money to political campaigns but there's a through line here that gives away the game. Most donations by Wildish Construction and its subsidiaries are for business interests, business PACs, or business friendly candidates.



**Kevin Alltucker** is a sitting member on Lane Community College's Board of Education. In 2023 Kevin ran against Bob Baldwin for seat 6 of the Board. Bob had this to say about campaign financing: "'For these local elections for school board or county commission, it shouldn't take tens of thousands of dollars to run,' Baldwin says." As such he did not accept cash donations to his campaign. Kevin had no such qualms:

**(PAC ID 22605)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4562883 | 04/28/2023 | Original | Friends of Kevin Alltucker | Funk/Levis & Associates | Cash Expenditure | $10,683.58 |
| 4562361 | 04/27/2023 | Original | Friends of Kevin Alltucker | Pelroy & Associates, LLC | Cash Expenditure | $3,500.00 |
| 4581178 | 05/31/2023 | Original | Friends of Kevin Alltucker | Kevin Alltucker | In-Kind/Forgiven Personal Expenditures | $2,339.00 |
| 4496895 | 02/17/2023 | Original | Friends of Kevin Alltucker | Wildish Lane Company | Cash Contribution | $2,000.00 |
| 4562884 | 04/28/2023 | Original | Friends of Kevin Alltucker | Funk/Levis & Associates | In-Kind Contribution | $1,475.00 |
| 4467274 | 01/14/2023 | Original | Friends of Kevin Alltucker | Brian Obie | Cash Contribution | $1,000.00 |
| 4481434 | 01/28/2023 | Original | Friends of Kevin Alltucker | Michael Coughlin | Cash Contribution | $1,000.00 |
| 4485640 | 02/01/2023 | Original | Friends of Kevin Alltucker | Susan Posner | Cash Contribution | $1,000.00 |
| 4531960 | 03/21/2023 | Original | Friends of Kevin Alltucker | Peter Davidson | Cash Contribution | $1,000.00 |
| 4534146 | 03/25/2023 | Original | Friends of Kevin Alltucker | E. Danell Giustina | Cash Contribution | $1,000.00 |
| 4552023 | 04/11/2023 | Original | Friends of Kevin Alltucker | Connor Enterprises, Inc. | Cash Contribution | $1,000.00 |
| 4570147 | 05/09/2023 | Original | Friends of Kevin Alltucker | Pelroy & Associates, LLC | Cash Expenditure | $928.00 |
| 4470657 | 01/09/2023 | Original | Friends of Kevin Alltucker | Quip | Personal Expenditure for Reimbursement | $750.00 |
| 4581022 | 05/31/2023 | Original | Friends of Kevin Alltucker | Quip | Cash Expenditure | $750.00 |
| 4662474 | 10/06/2023 | Original | Friends of Kevin Alltucker | Quip | Cash Expenditure | $750.00 |
| 4684375 | 10/06/2023 | Amended | Friends of Kevin Alltucker | Quip | Lost or Returned Check | $750.00 |
| 4481137 | 01/26/2023 | Original | Friends of Kevin Alltucker | Greg Fritz-Gerald | Cash Contribution | $500.00 |
| 4481138 | 01/27/2023 | Original | Friends of Kevin Alltucker | Scott Williams | Cash Contribution | $500.00 |
| 4482764 | 01/30/2023 | Original | Friends of Kevin Alltucker | Stanley Pickett | Cash Contribution | $500.00 |
| 4495703 | 02/14/2023 | Original | Friends of Kevin Alltucker | Robert Bennett | Cash Contribution | $500.00 |
| 4497292 | 02/18/2023 | Original | Friends of Kevin Alltucker | Jon Jaqua | Cash Contribution | $500.00 |
| 4534147 | 03/25/2023 | Original | Friends of Kevin Alltucker | Brown Contracting, Inc. | Cash Contribution | $500.00 |
| 4536090 | 03/30/2023 | Original | Friends of Kevin Alltucker | Joseph H Gonyea, III | Cash Contribution | $500.00 |
| 4470733 | 01/16/2023 | Original | Friends of Kevin Alltucker | Amanda Meg Photograpy | Personal Expenditure for Reimbursement | $450.00 |
| 4471595 | 01/23/2023 | Original | Friends of Kevin Alltucker | Kerry Lutz Design | Cash Expenditure | $300.00 |
| 4486541 | 02/01/2023 | Original | Friends of Kevin Alltucker | QSL Print Communications | Personal Expenditure for Reimbursement | $252.00 |
| 4481432 | 01/28/2023 | Original | Friends of Kevin Alltucker | Colleen Stangland | Cash Contribution | $250.00 |
| 4481435 | 01/28/2023 | Original | Friends of Kevin Alltucker | Jon Anderson | Cash Contribution | $250.00 |

(Cash Contribution = money going into a PAC. Cash Expenditure = PAC expenses/money going out of a PAC)

Bob Baldwin brought LCC staff experience. Kevin Alltucker brought Funk/Levis, Pelroy, Wildish-linked money, and the business/donor class, guess who won.



**Julie Weismann** is another sitting member of the Board of Education at LCC. In 2025 she ran against Devon Lawson for zone 3 of the board. From her campaign website:

**What is at Stake in the LCC Board Election?**

As LCC begins its $300 millon-dollar budget process while facing incredible uncertainty and attacks on the very foundation of our core values and mission, I will put **my years of experience** to work on behalf of LCC.

My opponent is an **18-year high school student with absolutely no experience** with budgets of any size, let alone a $300M one.

I am also **the only woman running** and **representation matters** – especially when women make up more than half the student body and staff.

In 2025, LCC deserves better than an **all-male board** and a $300M budget in the hands of an 18-year-old!

**LCC deserves leaders with experience - I need your vote!**

Charming. "Representation matters unless the representative is too close to the age of the students being represented." It raises a question: If one is running against someone with "absolutely no experience" then why bring all this to bear during the campaign?

| Tran ID | Tran Date | Status | Filer/Committee | Contributor/Payee | Sub Type | Amount |
|---|---|---|---|---|---|---|
| 5307144 | 05/05/2025 | Original | Re-elect Julie Weismann to LCC Board | QSL Print Communications | Cash Expenditure | $10,000.00 |
| 5309077 | 05/15/2025 | Original | Re-elect Julie Weismann to LCC Board | PNW Strategies | Cash Expenditure | $7,325.00 |
| 5307143 | 05/12/2025 | Original | Re-elect Julie Weismann to LCC Board | Community Action Network | Cash Contribution | $6,500.00 |
| 5307148 | 05/05/2025 | Original | Re-elect Julie Weismann to LCC Board | QSL Print Communications | Personal Expenditure for Reimbursement | $4,242.87 |
| 5307203 | 05/13/2025 | Original | Re-elect Julie Weismann to LCC Board | Julie Weismann | Cash Expenditure | $4,242.87 |
| 5287261 | 04/22/2025 | Original | Re-elect Julie Weismann to LCC Board | Michael Coughlin | Cash Contribution | $2,500.00 |
| 5307142 | 05/08/2025 | Original | Re-elect Julie Weismann to LCC Board | Rosboro | Cash Contribution | $2,500.00 |
| 5288188 | 04/25/2025 | Original | Re-elect Julie Weismann to LCC Board | Darrent Sparks | Cash Contribution | $2,000.00 |
| 5307131 | 05/13/2025 | Original | Re-elect Julie Weismann to LCC Board | The Brian B Obie Revocable Trust | Cash Contribution | $1,500.00 |
| 5296832 | 05/01/2025 | Original | Re-elect Julie Weismann to LCC Board | Thomas C Connor Trust | Cash Contribution | $1,250.00 |
| 5310887 | 05/15/2025 | Original | Re-elect Julie Weismann to LCC Board | Funk/Levis & Associates | In-Kind Contribution | $1,225.00 |
| 5266674 | 04/07/2025 | Original | Re-elect Julie Weismann to LCC Board | Wildish Land Co | Cash Contribution | $1,000.00 |
| 5283812 | 04/18/2025 | Original | Re-elect Julie Weismann to LCC Board | The Brian B Obie Revocable Trust | Cash Contribution | $1,000.00 |
| 5308131 | 05/14/2025 | Original | Re-elect Julie Weismann to LCC Board | Sierra Pacific Industries | Cash Contribution | $1,000.00 |
| 5313420 | 05/27/2025 | Original | Re-elect Julie Weismann to LCC Board | Olsson Industrial Electric | Cash Contribution | $1,000.00 |
| 5432996 | 10/08/2025 | Amended | Re-elect Julie Weismann to LCC Board | Cornerstone Community Housing | Cash Expenditure | $556.40 |
| 5312204 | 05/22/2025 | Original | Re-elect Julie Weismann to LCC Board | Local iQ - Register Guard - Gannett | Cash Expenditure | $538.15 |
| 5243813 | 03/17/2025 | Original | Re-elect Julie Weismann to LCC Board | Kevin Alltucke | Cash Contribution | $500.00 |
| 5283811 | 04/10/2025 | Amended | Re-elect Julie Weismann to LCC Board | Yordy-Kroft Revocable Trust ** | Cash Contribution | $500.00 |
| 5310871 | 05/20/2025 | Original | Re-elect Julie Weismann to LCC Board | SnoTemp Cold Storage | Cash Contribution | $500.00 |
| 5255648 | 03/24/2025 | Original | Re-elect Julie Weismann to LCC Board | Miscellaneous Cash Contributions $100 and under | Cash Contribution | $400.00 |
| 5432997 | 11/02/2025 | Amended | Re-elect Julie Weismann to LCC Board | LCC Foundation | Cash Expenditure | $400.00 |
| 5283814 | 04/15/2025 | Original | Re-elect Julie Weismann to LCC Board | FedEx Office | Cash Expenditure | $310.58 |
| 5244333 | 03/22/2025 | Original | Re-elect Julie Weismann to LCC Board | John Brown | Cash Contribution | $250.00 |
| 5262904 | 03/30/2025 | Original | Re-elect Julie Weismann to LCC Board | F. Gregory Fitz-Gerald | Cash Contribution | $250.00 |
| 5296831 | 05/01/2025 | Original | Re-elect Julie Weismann to LCC Board | Jon P Anderson | Cash Contribution | $250.00 |
| 5243818 | 03/19/2025 | Original | Re-elect Julie Weismann to LCC Board | Scott Williams | Cash Contribution | $200.00 |
| 5287260 | 04/23/2025 | Original | Re-elect Julie Weismann to LCC Board | Jenny Ulum | Cash Contribution | $200.00 |
| 5288186 | 04/26/2025 | Original | Re-elect Julie Weismann to LCC Board | Catherine York | Cash Contribution | $200.00 |
| 5288183 | 04/27/2025 | Original | Re-elect Julie Weismann to LCC Board | ActBlue.com | Cash Expenditure | $194.54 |
| 5265206 | 04/01/2025 | Original | Re-elect Julie Weismann to LCC Board | Miscellaneous Cash Contributions $100 and under | Cash Contribution | $125.00 |

**(PAC ID 24126)**

<u>Business/timber/industry/construction-adjacent money:</u>

Wildish Land Co, Rosboro, Sierra Pacific Industries, Olsson Industrial Electric, SnoTemp.

<u>Civic/business-establishment money:</u>

Brian Obie trust, Michael Coughlin, Thomas Connor trust, Darrent Sparks.

<u>PAC money:</u>

Community Action Network, which is the largest visible contributor.

<u>Professional campaign infrastructure:</u>

QSL Print Communications, PNW Strategies, Funk/Levis.

Community Action Network is worth examining because not only is it the largest contributor in Julie’s campaign but also:

| | | | | | | |
|---|---|---|---|---|---|---|
| 5306010 | 05/02/2025 | Original | Community Action Network | Wildish Land Co. | Cash Contribution | $2,500.00 |
| 5642631 | 04/27/2026 | Original | Community Action Network | Wildish Land Co. | Cash Contribution | $15,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5307143 | 05/12/2025 | Original | Re-elect Julie Weismann to LCC Board | Community Action Network | Cash Contribution | $6,500.00 |

Community Action Network is a PAC in Lane County that essentially gets into political knife fights on the side of business interests, their PAC ID is **14961**

In summary: There is no intent to allege there is anything illegal going on here, nor any quid pro quo, or some overarching conspiracy.

However, it is difficult to reconcile with this information as being ordinary. And the two of these board members’ voting records are… not surprising either: Program cuts, austerity measures, finding ways to increase fees or tuition on students, etc.
Which seems pretty corporate-esque I guess.

**With all that in mind this raises a lot of questions that must be answered honestly without any evasiveness or spin:**

1) LCC Foundation and LCC (the college) are ostensibly supposed to be two separate entities, so what is the Foundation's President's construction company doing throwing their financial weight behind their preferred candidates for the board? I'm aware that they're legally allowed to do so but the ethical concern must be examined thoroughly.

2) If this sort of arrangement is acceptable and worthy of public trust then shouldn't the board explain in full confidence why that is?

3) If Board members receive campaign support from business interests, PACs, political consultants, and Foundation-linked money, how should the public know whose interests are being prioritized when those same Board members vote on program cuts, tuition, fees, budgets, or public-comment rules?

4) Julie Weismann's campaign received significant business/PAC support, including Community Action Network as its largest visible contributor. How should the public understand that support when she has also championed mechanisms that would reduce or displace live public comment?

5) Kevin Alltucker's campaign ran with professional campaign infrastructure and Wildish-linked money against Bob Baldwin, a retired LCC classified staff member who refused cash donations. Does the Board believe this kind of campaign-finance imbalance is healthy for a public community college election?

[Cont. onto the next page]

6) Will the Board commit to not reducing public comment while these public-trust concerns remain unresolved?

7) Will Board members who received support from business/PAC/Foundation-linked sources publicly explain why the public should not view that support as relevant to their governance decisions?

8) What safeguards exist to prevent Foundation leadership, Foundation-linked business interests, or major donors from gaining undue influence over Board members or Board decisions?

9) If all of this is supposedly ordinary and acceptable, will the Board publicly explain why it does not create an appearance-of-influence problem?

10) I'm firmly aware other board members have received donations on their campaigns from unions such as the OEA and others. However business PACs and the OEA are not the same. One camp is education oriented and the other is decidedly geared towards business interest. Therefore, help us understand what business interests are doing here throwing their financial weight behind their preferred candidates on a board of education? Is that something appropriate for a community college? And again, why do such business interests feel the need to throw that much money into their preferred candidates? What do they feel like they have to gain?

General question:

Businesses and business lobbies do not donate to campaigns out of a sense of charity, they do so because they believe it will benefit their interests. Help me understand how these board members are serving in our best interests when the calculus to the business lobby seems very straight forward for them when it came to supporting their campaigns.

There is something fascinating about all this. Programs are being cut, talks of tuition and fees being raised and imposed on students, etc. Meanwhile the board has entertained a cap on public comment.

From a student perspective this is quite interesting: The same board members who have, unanswered, ties to special interest groups are now floating ways to lessen their accountability to the public, namely Julie Weismann and Kevin Alltucker.

What concerns me as a student the most however is not only how all of this is allowed but how those same board members can say with a completely straight face that they're for the students and that their experience is what's needed on the board.

What has such experience done for the students? Closing programs and throwing people's financial aid in the air? (Such as the case with HIM and CJ) That's what their "experience" meant for those students, cold indifference. And it won't stop there, LCC administration and those members of the board have said more cuts are coming.

But as I've said, the purpose of this is to raise awareness of all this because anyone in good conscience can't be silent about the business lobby shaped elephant in the room. Especially when such practices destroy public institutions, bit, by bit, by bit, until-



"*...if you put the frog in room temperature water and raise the temperature slowly to boiling, it'll sit there… until it dies. But we're smarter than the frogs…*

*Aren't we?"*

## Works Cited

"Kevin Alltucker for LCC Board of Education." *Kevin Alltucker for LCC Board of Education*, https://kevinalltucker.org/. Accessed 13 May 2026.

"Oregon Business & Industry." *Oregon Business & Industry*, https://oregonbusinessindustry.com/. Accessed 13 May 2026.

Oregon Secretary of State. "Campaign Finance Transactions." *ORESTAR*, https://secure.sos.state.or.us/orestar/gotoPublicTransactionSearchResults.do Accessed 13 May 2026.

"Our Leadership." *Lane Community College Foundation*, Lane Community College, https://www.lanecc.edu/about-lane/foundation/about/our-leadership Accessed 13 May 2026.

"Our Team." *Wildish*, https://www.wildish.com/OurTeam. Accessed 13 May 2026.

"Re-elect Julie Weismann to LCC Board of Education." *Julie Weismann for LCC Board*, https://julieweismann.com/index.html. Accessed 13 May 2026.

"To Spend or Not to Spend." *Eugene Weekly*, 28 Mar. 2023, https://eugeneweekly.com/2023/03/28/to-spend-or-not-to-spend/.