Lane Community College

Richard Riordan <riordanr@my.lanecc.edu>

# Individual Counselors

2 messages

**Richard Riordan** <riordanr@my.lanecc.edu> Wed, Jun 17, 2026 at 3:09 PM
To: Shelley Tinkham <TinkhamS@lanecc.edu>, bulgers@lanecc.edu, Austin Folnagy <folnagya@lanecc.edu>, rustj@lanecc.edu, mulhollandz@lanecc.edu, mitals@lanecc.edu, maldonadoj@lanecc.edu, alltuckerk@lanecc.edu, Weismannj@lanecc.edu, lccea@lanecc.edu, lccef@lanecc.edu, Richard F Riordan <riordanrf@lanecc.edu>, rowlettb@lanecc.edu, mitchella@lanecc.edu, hilltk@lanecc.edu, turnerms@lanecc.edu, freij@lanecc.edu, matthewsg@lanecc.edu, flathk@lanecc.edu

Good afternoon Dr. Tinkham:

During the Board of Education meeting on April 22nd 2026 you assured people on record that there will be individual counselors for HIM students impacted by the FY2027 mitigation plan that would help them through the process. Late April was some time ago and it is my understanding that HIM students have not gotten any individual counseling that was promised to them. Very few of them as it turns out are going to KCC after the outcome in which you helped to orchestrate. (By the way, very few people have forgotten that you closed the application portal to HIM and didn't say anything for ten days then gave opaque answers when asked about it.)

I've also heard from some people within administration that the BOE meeting on April 22nd was the first time they ever heard of individual counselors. And between the ~26-28 students in HIM more than half ended up dropping out of college altogether.

So, when, are those students going to receive the help that they were promised and in the manner in which it was promised? I find the length of time between the assurance and the present moment without any fulfillment difficult to accept.

All the best this summer,

- Richard Kamuela Riordan

**Richard Riordan** <riordanr@my.lanecc.edu> Fri, Jun 26, 2026 at 8:17 PM
To: "rriordan723@gmail.com" <rriordan723@gmail.com>

[Quoted text hidden]



Exhibit 20
Page 1 of 1