
Richard K Riordan
1
You have holds which prevent registration.
V-President Hold 541-463-5895
Reason: Student should contact Pub Saf
From Date: 06/25/2026
To Date: 12/31/2099
Processes Affected: Registration, Enrollment Verification
Ok