Lane Community College

Lisa Rupp <ruppl@lanecc.edu>

# Re: Your Misleading HIM Graduation Statement

1 message

**Austin Folnagy** <folnagya@lanecc.edu> Tue, Apr 21, 2026 at 8:55 PM
To: Steve Mital <mitals@lanecc.edu>
Cc: Stephanie Bulger <bulgers@lanecc.edu>, Julie Weismann <weismannj@lanecc.edu>, Lisa Rupp <ruppl@lanecc.edu>

I will work with the President and Campus Security to take the appropriate measures they recommend. We did this before with collaboration with the President and Chief Rupp in a previous meeting we had concerns before. And I will be happy work with them as well with the their recommendations in meeting dynamics around safety.

Chair Fölnagy

On Tue, Apr 21, 2026 at 8:48 PM Steve Mital <mitals@lanecc.edu> wrote:

Austin,

Richard appeared to be very angry at the last meeting. It made me uncomfortable. His two emails to the board are angry and threatening in nature. He calls Julie out by name. For everyone's safety, I do not think he should be allowed into the board room tomorrow. At the very least, campus security should be made aware of his threatening behavior and letters and asked to watch him closely.

Sincerely,

Steve

Begin forwarded message:

**From:** Richard Riordan <riordanr@my.lanecc.edu>
**Date:** April 18, 2026 at 8:31:58 PM PDT
**To:** freij@lanecc.edu, matthewsg@lanecc.edu, turnerms@lanecc.edu, flathk@lanecc.edu, weismannj@lanecc.edu, folnagya@lanecc.edu, rustj@lanecc.edu, mulhollandz@lanecc.edu, mitals@lanecc.edu, maldonadoj@lanecc.edu, alltuckerk@lanecc.edu, boecomment@lanecc.edu, RowlettB@lanecc.edu, bulgers@lanecc.edu
**Subject: Fwd: Your Misleading HIM Graduation Statement**

---------- Forwarded message ---------
From: **Richard Riordan** <riordanr@my.lanecc.edu>
Date: Fri, Apr 17, 2026 at 3:23 PM
Subject: Your Misleading HIM Graduation Statement
To: <TinkhamS@lanecc.edu>

Hello Dr. Tinkham:

During the last board meeting, you repeatedly stated that only three students graduated from the HIM program in the Academic Year 2024–2025.
That statement was, and is by no means an exaggeration, false.
Because what you forgot to mention was:

4 AAS graduates
3 one-year Medical Coding certificate graduates
1 HIM certificate graduate

The figure of three appears to come from a single spring term, not the full academic year. Yet you presented it in

a public forum as the total for the entire year.

So I'll ask plainly: why did you present a single-term number as the annual total?

Was this incompetence, or was it by design?

Either way, the effect of cherry picking data like this is consistent with what one would do if they had the intention of deceiving the public, also known as, lying.

Do you intend to correct the record?

Sincerely
-Richard Kamuela Riordan