**Lane Community College**
**LCC Incident/Concern/Feedback Reporting Form**

*Submitted on May 4, 2026 at 10:07:54 am PDT*

| | |
|---|---|
| Nature of this report | **Incident**<br>**Formal** |
| Date of incident | **2026-05-04** |
| Time of incident | **8:35 AM** |
| Location of incident | **LCC Main Campus J&J Java** |

Reported by

| | |
|---|---|
| Your full name | **Lisa Rupp** |
| Your position/title | |
| Your email address | **ruppl@lanecc.edu** |
| Your phone number | **5414635558** |
| | **[UNAUTHENTICATED]** |

Involved Parties
**Lisa M. Rupp (L00006357)**
LCC Employee

What is the concern(s)?
Please describe the situation, chronologically and with people's names. You may also include attachments under "Supporting Documentation" at the bottom of this form.
**I received a phone call from Vice President Shelley Tinkham regarding an interaction with a student. She explained that she was getting coffee at J&J Java with Brent Munoz when a male approached her. She didn't recognize the person at first. The male asked her if she was ready for Wednesday. She didn't understand what he meant. He said, "For the board meeting." Still not recognizing who the male was she responded with, "Yes, absolutely." He replied, "I'll be there. I'm ready for the spin." When he said that, she then recognized who it was, Richard Riordan (junior), because of emails and previous comments about Shelley being a "liar". Shelley felt that Richard was trying to intimidate her.**

What resolutions (if any) are you seeking as a result of filing this report?
**Student conduct hearing with set expectations of behavior.**

Have you met with anyone regarding this issue? If so, please list who, when, and the outcome of that meeting.
**Carl Yeh.**

Attachments
lanecommunitycollegemailinteractionwithstudentrichardf.riodran.pdf

*Pending IR #00002828. Submitted from 163.41.112.5.*

EXHIBIT 2