# Lane Community College
## LCC Incident/Concern/Feedback Reporting Form

*Submitted on May 12, 2026 at 3:18:33 pm PDT*

| | |
|---|---|
| Nature of this report | **Incident** |
| | **Formal** |
| Date of incident | **2026-05-12** |
| Time of incident | **2:30 PM** |
| Location of incident | **LCC Main Campus Center 201** |

Reported by

| | |
|---|---|
| Your full name | **Beccah Maley** |
| Your position/title | |
| Your email address | **maleyr@lanecc.edu** |
| Your phone number | [redacted] |

**[UNAUTHENTICATED]**

Involved Parties

**~~Beccah Maley~~ ()**
LCC Employee

[redacted]
Student

[redacted]
Student

**Richard Riordan Jr. ()**
Student

What is the concern(s)?

Please describe the situation, chronologically and with people's names. You may also include attachments under "Supporting Documentation" at the bottom of this form.

**I, Rebeccah Maley, have observed Richard Riordan Jr. (I believe this is his correct name) visiting the Student Life office several times over the past two weeks to speak with the two Executive Officers, [redacted] and [redacted] Today, at 2:30 PM following what [redacted] identified as the fourth visit between the two parties, he shared with me some of the comments made by Richard during their conversations.**

**According to [redacted] Richard made statements expressing that he believes Julie is "entitled" and compared current college leadership concerns to situations such as the Peterloo Massacre https://en.wikipedia.org/wiki/Peterloo_Massacre. [redacted] also shared that Richard stated he felt it would be too extreme to compare individuals such as Julie Weissman (who was mentioned the most), Kara Flath, Shelley Tinkham, Kevin Alltucker, and Steve Mital to Nazis or to compare current circumstances to Jim Crow laws.**

**[redacted] and [redacted] reported that Richard had shown them a seven-page document analyzing a comment made by Julie regarding public comment procedures. Additionally, [redacted] and [redacted] described another document, approximately seventeen pages in length, outlining Richard's views regarding the college administration "as lying and in on something".**

**[redacted] and [redacted] both stated that they did not feel Richard posed an immediate threat to himself or others. However, during discussion regarding the pattern of behavior demonstrated across these interactions, concerns were raised regarding the level of fixation on administration-related topics and statements Richard reportedly made suggesting that the government and LCC administration were monitoring conversations and reading emails.**

What resolutions (if any) are you seeking as a result of filing this report?

**This report is being documented for awareness and recordkeeping purposes.**

Have you met with anyone regarding this issue? If so, please list who, when, and the outcome of that meeting.
**I notified Public Safety.**

*Pending IR #00002842. Submitted from 163.41.112.5.*