Lane Community College

Lisa Rupp <ruppl@lanecc.edu>

## Richard Riordan

1 message

**Kevin Alltucker** <alltuckerk@lanecc.edu> Wed, Jun 24, 2026 at 7:46 AM
To: Stephanie Bulger <president@lanecc.edu>, Lisa Rupp <ruppl@lanecc.edu>

President Bulger and Chief Rupp,

I reviewed Richard Riordan's latest email and attached letter. I want to be clear that my concern is not that he disagrees with me, criticizes my votes, or challenges board decisions. Public officials should expect scrutiny, criticism, and even harsh criticism.

What concerns me is the continued escalation in both the nature and scope of his behavior. In my opinion, he is continuing to escalate and has now crossed a significant boundary, which is very concerning to me. I am increasingly concerned about my personal safety.

This latest communication goes far beyond criticism of public actions. It contains an extensive and highly personalized attack focused on me as an individual, my motivations, my character, my professional background, and a prior parking lot encounter. Most concerning, however, is that Richard has now brought my wife, Irene, into the discussion despite the fact that she has absolutely no role in Lane Community College governance.

To me, that represents a significant crossing of boundaries. Trustees should expect public examination of their official conduct. Family members who have no involvement with the college should not become subjects of ongoing political disputes or personal attacks.

Viewed on its own, this email might be dismissed as simply another criticism. Viewed in the context of the parking lot confrontation, repeated public testimony, distribution of materials targeting individual trustees, increasingly lengthy communications focused on specific board members, and the concerns we have already discussed regarding escalating behavior, I believe it should be evaluated as part of a larger pattern.

I am particularly interested in understanding whether this communication has been incorporated into the college's threat assessment process and whether the inclusion of family members changes the college's assessment of the situation.

My objective is not to limit anyone's right to speak or participate in public discourse. My concern is that the behavior appears to be becoming increasingly personal, increasingly fixated on me, and now extends to my wife.

I appreciate the work both of you are doing on this matter and would welcome any update you can provide regarding next steps and the college's current assessment.

Sincerely,

Kevin Alltucker, Ph.D