Lane Community College

**Lisa Rupp <ruppl@lanecc.edu>**

# Fwd: Webinar Registration Lane Board of Education Meeting 7/1

1 message

**BoE Comment** <boecomment@lanecc.edu> Mon, Sep 14, 2026 at 9:42 AM
To: Lisa Rupp <ruppl@lanecc.edu>

---------- Forwarded message ---------
From: **LCC Board Comment** <no-reply@zoom.us>
Date: Mon, Jun 29, 2026 at 10:16 AM
Subject: Webinar Registration Lane Board of Education Meeting 7/1
To: <BoEComment@lanecc.edu>

Lane Community College MEDIA SERVICES

Lane Community College SM

Hi LCC Board Comment,

Richard Riordan (rriordan723@gmail.com) has registered for "Lane Board of Education Meeting 7/1" on: Jul 1, 2026 06:00 PM Pacific Time (US and Canada)

First Name: Richard

Last Name: Riordan

Email: rriordan723@gmail.com

Do you want to speak in the meeting? If not, please view at lanecc.edu/live instead.:

Yes, I am here to speak during public comment.

Are you a current LCC student?: Yes

Webinar Detail Link: https://lanecc.zoom.us/webinar/92692272107

Thank you!

New registration email alerts have a daily limit of 500 alerts. You can view all of your webinar's registrations in real time on your webinar's management page.

Zoom.com
55 Almaden Blvd
San Jose, CA 95113

+1.888.799.9666
©2026 Zoom Communications, Inc.