## Lane Community College
## LCC Incident/Concern/Feedback Reporting Form

*Submitted on June 3, 2026 at 12:50:45 pm PDT*

| | |
|---|---|
| Nature of this report | **Concern about wellbeing of another person** |
| | **Formal** |
| Date of incident | **2026-06-02** |
| Time of incident | **8:30 PM** |
| Location of incident | **Other (not on LCC property)** |

Reported by

| | |
|---|---|
| Your full name | **Beccah Maley** |
| Your position/title | |
| Your email address | **maleyr@lanecc.edu** |
| Your phone number | [redacted] |

**[UNAUTHENTICATED]**

Involved Parties

**Beccah Maley ()**
LCC Employee

**Richard Riordan ()**
Student

[redacted]
Student

[redacted]
Student

What is the concern(s)?
Please describe the situation, chronologically and with people's names. You may also include attachments under "Supporting Documentation" at the bottom of this form.
**I, Rebeccah Maley received an email from [redacted] along with [redacted], who are the executive officers of Lane SGA. [redacted] forwarded me on June 2 at 8:30 PM last night the email Richard Riordan sent to Lane SGA, some administrators, and the Board of Education. In [redacted] email to me he said "Beccah I have my concerns like with every email coming from this individual. Click on his first hot link and you'll see this. Attached is a screenshot of what I'm drawing attention to." He is referring to the underline part of the screenshot that Richard says "It's worth noting it's kinda organized like a drive by shooting so I'll keep it semi-coherent."**

What resolutions (if any) are you seeking as a result of filing this report?
**This is the second report I am writing at Richard. I am concerned about the language he uses and length of time and engery he is putting into these documents. I am also concerned about the impact of his continued engagement with SGA and their own mental health. I have advised them to not engage and focus on finals.**

Have you met with anyone regarding this issue? If so, please list who, when, and the outcome of that meeting.

Attachments
lanecommunitycollegemailfwdpublicletteron05.27.2026budgetcommitteemeeting.pdf

*Pending IR #00002870. Submitted from 163.41.112.5.*