**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **RICHARD RIORDAN**,<br><br>Plaintiff,<br><br>v.<br><br>**LANE COMMUNITY COLLEGE**, by and through the LANE COMMUNITY COLLEGE BOARD OF EDUCATION; **JESSE MALDANADO**, individually and in his official capacity as a Board Member; **KEVIN ALLTUCKER**, individually and in his official capacity as a Board Member; **JULIE WEISMANN**, individually and in her official capacity as a Board Member; **STEVE MITAL**, individually and in his official capacity as a Board Member; **DR. STEPHANIE BULGER**, individually and in her official capacity as President of Lane Community College; **DR. SHELLEY TINKHAM**, individually and in her official capacity as Vice President of Academic Affairs at Lane Community College; **DR. COLMAN JOYCE**, individually and in his official capacity as Vice President of Student Services at Lane Community College; **CARL YEH**, individually and in his official capacity as Dean of Student Engagement at Lane Community College; **LISA RUPP**, individually and in her official capacity as Director of Public Safety & Emergency Preparedness at Lane Community College;<br><br>Defendants. | Case No. 6:26-cv-01807-MC<br><br>**SUPPLEMENTAL DECLARATION OF RICHARD RIORDAN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND MEMORANDUM IN SUPPORT** |

I, Richard Riordan, declare as follows:

1. I make this declaration based on personal knowledge and am competent to testify to the same.

2. I am passionate about real issues that effect people.

3. Friends and acquaintances have commented to me that I am socially awkward. I recognize that my "resting face" appears angry to some people, and my passion about a topic or event is sometimes confused with being behaviorally or emotionally elevated.

4. I do not own or possess any firearms. I have never been arrested, charged with a crime, or been a party to a civil action.

5. During the May 5, 2026 Zoom meeting with Lisa Rupp and Carl Yeh provided limited guidance in the form of "don't respond to mass emails" and "instead try making appointments with administrators." They did not state that I had violated any code of conduct, or gave me any specific instance of conduct or behavior that I should refrain from talking to people on campus.

6. To my knowledge, I have never been the subject of a student conduct hearing, or received any notice of any violation of the code of student conduct.

7. I frequently use pop culture and historical references to make a point, a comparison, employ sarcasm or irony, or metaphor. I used the animation still, or meme, from the Shrek Movie to illustrate my point that the administration was cutting a program without any risk, harm, or loss to the administration. The administration and Board only harmed students.



The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

8. Expressing my ideas in writing is a shortcoming and can be sporadic, seemingly unplanned, and perhaps even random, which I self referentially equate to being "organized like a drive-by shooting."

9. As noted above, I use historical references of to illustrate government, LCC Board and Administration here, to suppressing public participation and dissent. This was the outcome of the Peterloo Massacre.

10. I did seek out and speak with Kevin Alltucker as a Board Member about decisions effecting LCC and its student in the LCC parking lot. I remained about fifteen feet from him during the conversation and was not lurking or hiding in the bushes. I found Mr. Alltucker's responses to be dismissive, but at no time did he state that he was uncomfortable, ask me to leave or make an appointment, or state any displeasure with the conversation.

11. I did not make any statements concerning Mr. Alltucker's wife or family.

12. I frequently tell people to stay hydrated in hot weather out of courtesy and caution.

13. For the duration in which I attended board meetings I have never seen Julie Weismann attend a Board meeting in person.

14. I am not obsessed about any Board Member, Administrator, or LCC employee, or any person. I will stand up and speak against cutting programs which hurt LCC and its students and faculty.

15. It was reported that LCC's administration were reading emails and monitoring communications. See, https://www.kezi.com/news/three-judge-panel-says-lane-community-college-violated-workers-rights-in-july-ruling/article_c008744b-6079-474b-a279-93af3e992fb1.html. I have read the report and the Employment Relations Board of the State of



The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

Oregon as an Unfair Labor Practice. Supp. Ex. 1, (Case No. UP-060-23, July 22, 2025 Findings and Order)["The College violated ORS 243.672(1)(a) by engaging in surveillance of the faculty listserv"].

16. Registration for LCC's Fall Term classes is underway and the term begins on September 28, 2026 and I may not be able to sign up for the classes due to availability.

**I hereby declare under the laws of the United States of America that the above statement is true and correct to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED this 17th day of September, 2026.

By *Richard Riordan*
Richard Riordan (Sep 17, 2026 14:48:31 PDT)
Richard Riordan



The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243